# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
www.flmb.uscourts.gov

SMARTSCIENCE LABORATORIES, INC.,      Case No. 8:19-bk-08468-CPM
      Debtor      Chapter 11

_____/

## APPLICATION TO EMPLOY ATTORNEY

This application of SMARTSCIENCE LABORATORIES, INC. (the "Debtor") respectfully represents:

1.    Debtor wishes to employ Niurka F. Asmer, Esq, of FL Legal Group. Said Attorney is duly admitted to practice in this Court.

2.    Your applicant has elected Niurka F. Asmer of FL Legal Group for the reason that she has considerable experience in matters of this character, and believe that Niurka F. Asmer, is well qualified to represent the Debtor-in-Possession in this proceeding.

3.    The professional services FL Legal Group is to render are:

a.    To give the Debtor legal advice with respect to its powers and duties as debtor and as Debtor-in-Possession in the continued operation of its business and management of its property; if applicable.

b.    To prepare, on the behalf of the applicant, necessary applications, answers, orders, reports, complaints, and other legal papers and appear at hearings thereon; and

c.    To perform all other legal services for Debtor as Debtor-in-Possession which may be necessary herein, and it is necessary for debtor as debtor-in-possession to employ this attorney for such professional services.

4.    To the best of the debtor's knowledge, Niurka F. Asmer, of FL Legal Group has no connection with the Debtor, the creditors, or any other party in interest, or their respective attorneys other than those connections disclosed in its affidavit.

5.    Your applicant desires to employ Niurka F. Asmer, of FL Legal Group under a general retainer agreement with a $30,000 retainer fee, inclusive of $1,717.00 filing fee/cost retainer.  FL legal group will charge $300.00 per hour for attorney Niurka F. Asmer's time, and $150.00 per hour for paralegal time to be paid only upon proper application.

6.    FL Legal Group represents no interest adverse to Debtor as Debtor-In-Possession or the state in the matters upon which it is to be engaged for debtor as debtor-in-possession, and its employment would be best in the best interest of the estate,

**WHEREFORE**, your applicant prays that it be authorized to employ retroactively to petition date, September 5, 2019, and appoint FL legal group under a general retainer to represent it as debtor in this proceeding under chapter 11 of said code; and that it have such other and further relief as is just.

DATED on this ___9th___ day of September, 2018

_____
Gene Weitz
Chief Operating Officer
SMARTSCIENCE LABORATORIES, INC.

## CERTIFICATE OF SERVICE

**I hereby certify** that on, a true and correct copy of the foregoing was served upon all parties in interest, unless said party is a registered CM/ECF participant who have Certificates consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said parties.

By: /s/ Niurka Fernandez Asmer, Esquire
NIURKA FERNANDEZ ASMER, ESQ.
Florida Bar Number: 370680
FL Legal Group
2700 W. Dr. MLK, Jr. Blvd., Ste. 400
Tampa, FL 33607
Phone: (813) 221-9500
E-Mail: NAsmer@FLLegalGroup.com

Label Matrix for local noticing
113A-8
Case 8:19-bk-08468-CPM
Middle District of Florida
Tampa
Mon Sep  9 11:12:06 EDT 2019

Centennial Bank
c/o Richard B. Storfer
Rice Pugatch
101 NE 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301-1252

Smartscience Laboratories, Inc.
13760 Reptron Blvd,
Tampa, FL 33626-3040

Altus GTS, Inc.
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062-8725

American Express
P.O. Box 6618
Omaha, NE 68106-0618

At&T
PO Box 538695
Atlanta, GA 30353-8695

Automation
Personnel Services
PO Box 830941
Birmingham, AL 35283-0941

Bell Chem Corp.
1340 Bennett Drive
Longwood, FL 32750-7503

Brian L. Besler
Sr. VP of Admin
Me 2 Lease Funds LLC
175 Patrick Blvd., Suite 140
Brookfield, WI 53045-5811

Buchi Corp
PO BOX 822705
Philadelphia, PA 19182-2705

(p)CENTENNIAL BANK ATTN SPECIAL ASSETS
P O BOX 1028
CABOT AR 72023-1028

Citus Kalix
335 Chambersbrook Rd.
Somerville, NJ 08876-7213

Cole-Parmer Instrument Co
13927 Collections Center Dr.
Chicago, IL 60693-0001

Compressed Air Systems, Inc.
9303 Stannum Street
Tampa, FL 33619-2660

Consumer Product Testing Co.
70 New Dutch Lane
Fairfield, NJ 07004-2514

County Line Road Property, L
15488 N. Nebraska Ave
Lutz, FL 33549-6150

D&S Pallets
PO BOX 18019
Clearwater, FL 33762-1019

Dalemark Industries, Inc.
Excel Park 2
575 Prospect St.
Lakewood, NJ 08701-5040

Darwin Chambers
2945 Washington Ave
Saint Louis, MO 63103-1305

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Dickson Company
930 S. Westwood Ave
Addison, IL 60101-4917

Down Under Enterprises, Inc.
PO BOX 72184
Cleveland, OH 44192-2184

Ductz of Tampa Bay
3055 47th Ave N.
Saint Petersburg, FL 33714-3133

El Ray Development, Inc.
C/O N. Michael Kouskoutis, E
623 East Tarpon Avenue
Tarpon Springs, FL 34689-4201

Electrical Masters by MJR
4418 N. Lauber Way
Tampa, FL 33614-7732

Experchem Laboratories, Inc.
1111 Flint Rd., Unit 36
Downsview, ON M3J3C7

Federal Express Corp
PO BOX 660481
Dallas, TX 75266-0481

Florida Chemical Supply
6810 E. Chelsea Street
Tampa, FL 33610-5635

Florida Retirement Consultan
5503 W. Waters Ave.
Suite 500
Tampa, FL 33634-1232

Frontier Communications
PO BOX 740407
Cincinnati, OH 45274-0407

GRAINGER
fka Lab Safety Supply
DEPT 882537640
PO 419267
Kansas City, MO 64141-6267

Gene Weitz & Lisa Weitz
4964 Quill Court
Palm Harbor, FL 34685-3699

Global Pack Source
650 Bloomfield Ave,
Ste 102
Bloomfield, NJ 07003-2542

Golden Eagle Extrusions
1762 State Road 131
Milford, OH 45150-2649

Gottscho Printing Systems.In
P.O. Box 185
Horsham, PA 19044-0185

Hillsborough County Board
Of County Commissioners
PO Box 310398
Tampa, FL 33680-0398

Hillsborough County Tax Coll
P.O. Box 30012
Tampa, FL 33630-3012

Hillsborough Public Utilitie
925 E. Twiggs Street
Tampa, FL 33602-3553

Internal Revenue Service
Attn: Stephanie S. Armenia
3848 West Columbus Dr.
Tampa, FL 33607-5768

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JOHNSON, POPE,BOKOR,RUPPEL
PO BOX 1368
Clearwater, FL 33757-1368

Kimball Electronics
1205 Kimball Blvd
Jasper, IN 47546-0017

Kimball Electronics
13750 Reptron Blvd
Tampa, FL 33626-3040

L & N LABEL COMPANY, INC
2051 SUNNYDALE BLVD
Clearwater, FL 33765-1202

Lipotec USA, Inc
1097 Yates Street
Lewisville, TX 75057-4829

McMASTER-CARR SUPPLY COMPANY
PO BOX7690
Chicago, IL 60680-7690

Me 2 Lease Funds, LLC
175 N. Patrick Blvd.
Suite 140
Brookfield, WI 53045-5811

Microbio. Testing & Consulti
660 North Collins St.
Ste 1
Joliet, IL 60432-1855

Modem Canna Science, LLC
806 W. Beacon Road
Lakeland, FL 33803-2847

NATIONAL LIFE INSURANCE CO.
1 NATIONAL LIFE DRIVE
Montpelier, VT 05604-0002

NexAir, LLC
930 S. Westwood Ave
Addison, IL 60101-4917

PETER J. MOGREN
861 EAGLE RIDGE LANE
Stillwater, MN 55082-9171

PRATER- STERLING
2 SAMMONS COURT
Bolingbrook, IL 60440-4995

PRICE DONOGHUE RIDENOUR
29750 U.S. Hwy. 19 North
Clearwater, FL 33761-1510

Pace Analytical Services, In
P.O. Box 684056
Chicago, IL 60695-4056

Palm Harbor Insurance
1153 Aimonwood Drive
New Port Richey, FL 34655-7002

Patrick White
12301 Little Road
Apt. 208
Hudson, FL 34667-2619

Pest Boyz
4953 Larkenheath Drive
Spring Hill, FL 34609-0405

Quill Corporation
PO Box37600
Philadelphia, PA 19101-0600

RE. MclNTOSH
P.O. Box 16038
Tampa, FL 33687-6038

RIADA EQUIPMENT LTD, INC
16 Industry Lane
Winder, GA 30680-3489

Reed Technology & Informatio
PO Box 7247-7518
Philadelphia, PA 19170-7518

Richard Storfer, Esq.
101 NE Third Ave,
Suite 1800
Fort Lauderdale, FL 33301-1252

SERVI-PAK
334 Cornelia St.
Suite# 143
Plattsburgh, NY 12901-2329

SMITH, RICHARD
1747 Sprint Lane
Holiday, FL 34691-4636

SPECTRUM CHEMICAL
Mfg. Corp
PO BOX 740894
Los Angeles, CA 90074-0894

STRYKA BOTANICS CO., INC
279 Homestead Road
Metuchen, NJ 08840

Scientech Laboratories
Accouts Receivable
107-G Corp. Blvd
South Plainfield, NJ 07080

Sigma-Aldrich
po box 535182
Demorest, GA 30535

Silliker, Inc
3155 Paysphere Circle
Chicago, IL 60674-0001

Southern Analytical Lab, In
11 0 S. Bayview Blvd
Oldsmar, FL 34677

Springwell
219 NEW STREET
Little Falls, NJ 07424-3329

Stichter,Riedel,Blain &Posti
11 o East Madison Street
Tampa, FL 33602-4700

Sun-Pac Manufacturing
14201 McCormick Dr
Tampa, FL 33626-3063

Talon Industries
2300 Destiny Way
Odessa, FL 33556-4252

UNIFORM CODE COUNCIL, INC.
P.O. BOX 713034
Columbus, OH 43271-3034

UPS FREIGHT
P.O. BOX 650690
Dallas, TX 75265-0690

UPS/UPS scs Dallas
UPS/UPS scs Dallas
Dallas, TX 75265-0690

Universal Preserv-A-Chem, In
60 Jiffy Rd.
Somerset, NJ 08873-3438

Unlimited Bottled Water, LLC
13401 Woodward Drive
Hudson, FL 34667-7207

VDF FutureCeuticais, Inc.
#135237
P.O Box 92170
Elk Grove Village, IL 60009-2170

VISTA COLOR CORPORATION
1401 NW 78th Avenue
Miami, FL 33126-1616

(p)VERICORE LLC
10115 KINCEY AVENUE
SUITE 100
HUNTERSVILLE NC 28078-6482

WC INDUSTRIES
PO BOX 45
Odessa, FL 33556-0045

WEITZ, GENE C.
4964 QUILL COURT
Palm Harbor, FL 34685-3699

WELLS FARGO CARD SERVICES
PO Box5284
Carol Stream, IL 60197-5284

Waste Management of Tampa
PO Box4648
Carol Stream, IL 60197-4648

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Richard B Storfer +
Rice Pagatch Robinson & Schiller, P.A.
101 N.E. Third Avenue, Ste. 1800
Fort Lauderdale, FL 33301-1252

Niurka Fernandez Asmer +
FL Legal Group
2700 W. Dr. MLK Jr. Blvd, Suite 400
Tampa, FL 33607-6356

Nathan A Wheatley +
  Office of the U.S. Trustee
 501 E. Polk St., Suite1200
 Tampa, FL 33602-3945

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Centennial Bank
719 Harkrider Street
PO Box 966
Conway, AR 72032

Vericore, LLC
10115 Kincey Ave
Suite 100
Huntersville, NC 28078

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Agilent Technologies, Inc.

(u)Alcami Corp

(u)Associated Packaging

(u)John Hancock USA
P.O Box 7247-7122
AR 72477-1220

(u)Ray Zacek
Tax Consulting & Rep

End of Label Matrix
Mailable recipients    90
Bypassed recipients     5
Total                  95

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

SMARTSCIENCE LABORATORIES, INC.,                    Case No. 8:19-bk-08468-CPM
          Debtor                    Chapter 11

_____/

## AFFIDAVIT AND FINANCIAL DISCLOSURE
## IN SUPPORT OF DEBTOR'S APPLICATION TO APPROVE
## THE EMPLOYMENT OF FL LEGAL GROUP AS COUNSEL

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

    **BEFORE ME,** the undersigned authority, personally appeared NIURKA F. ASMER, ESQUIRE, who, being duly sworn, deposes and says:

    1.    I, **NIURKA F. ASMER, ESQUIRE,** and an attorney employed by the law firm of FL Legal Group. I am a member of the Bar of the United States District court for the middle District of Florida. My law firm and I are lead counsel representing the debtor in this Chapter 11 bankruptcy case. I make this affidavit in compliance with the provisions of section 327 (a) and 329(a) of the bankruptcy code and F.R.B.P. 2014(a) and F.R.B.P. 2016(b).

    2.    Unless otherwise stated, this affidavit is based upon facts, which I have personal knowledge.

    3.    In preparing this affidavit, I review the Debtor's bankruptcy schedules and list that I have filed with this court. I also compared the information contained in the schedules unless with the information contained in my law firm's client an adverse party conflict check index system. The facts stated in his affidavit as to the relationship between other lawyers in my law firm and the Debtor, the Debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, other persons employed by the office of the United States Trustee, and those persons and entities who are defined as not interested persons in Section 101 (14) of the bankruptcy code are based upon the results of my review of my firm's conflict check system.

    4.    My law firm's client an adverse party conflict check system is comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of this firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information I am one of the individuals that keep this system up-to-date, and I regularly use

and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

5.    My firm has not represented the Debtor during the past year other than in connection with this bankruptcy filing.  There are no fees that are not associated with this case due at the time this case was filed.

6.    No attorney in the firm presently represents a creditor, general partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the Debtor or the estate, on any matter, whether such representation is related or unrelated to the Debtor or the estate.

7.    No attorney in the firm has previously represented a creditor, general partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the Debtor or the estate, on any matter substantially related to this bankruptcy case.

8.    No attorney in the firm has been paid fees pre-petition or holds a security interest, guarantee or other assurance of compensation for services performed and to be performed in the case, except some pre-petition services were provided that were associated with the filing of this case. The compensation paid or agreed to be paid by the Debtor to the Undersigned Counsel is:

   a.    For legal services rendered or to be rendered in contemplation of and in connection with this case, I received $30,000.00, before the filing of this case, for the initial retainer as a filing fee for a total of $1,717 paid by FL Legal Group. Notwithstanding any non-refundable aspect of the retainer, counsel for the Debtor recognizes the Court will determine the reasonableness of fees pursuant to the provisions of Section 330 of the Bankruptcy Code.
   b.    Prior to filing the bankruptcy petition on August 30, 2018, counsel received $30,000.00 as retainer to be billed against at Three Hundred Dollars ($300.00) per hour for Niurka F. Asmer's attorneys' fees, and One Hundred Thirty Dollars ($150.00) per hour for paralegal fees plus costs.

9.    There is no agreement of any nature, other than the partnership agreement of my firm, as to the sharing of any compensation to be paid to the firm.

10. No attorney in the firm has any other connection with the Debtor, creditors, United States Trustee, or any employee of that office, or any other parties in interest.

11. No attorney in my firm has any other interest, direct or indirect, that may be affected by the proposed representation.

12. The services to be rendered or to be rendered include the following:

   a.    Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code.

b. Advising the Debtor with regard to the powers and duties of the debtor and as Debtor-in-Possession in the continued operation of the affairs of the Debtor and management of the property of the estate.

c. Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the Court.

d. Representation of the Debtor at the meeting of creditors.

e. Preparation, on behalf of the Debtor, any necessary applications, answers, orders, reports, complaints, plans, disclosure statements and other legal papers and appear at hearings thereon.

f. To perform all other legal services for the Debtors as Debtor-in-Possession which may be necessary herein, and it is necessary for the Debtor-in-Possession to employ this attorney for such services.

13. This concludes my affidavit.

FL LEGAL GROUP

NIURKA F. ASMER, ESQUIRE

SWORN to and SUBSCRIBED before me, September 9, 2019 by NIURKA F. ASMER, ESQUIRE on behalf of FL LEGAL GROUP who is personally known to me and who did take an oath.

Notary Public
My commission expires:

CC: U.S.Trustee
Debtor

DANIELA GONZALEZ
Notary Public - State of Florida
Commission # GG 341920
My Comm. Expires Jun 5, 2023
Bonded through National Notary Assn.

DANIELA GONZALEZ
Notary Public - State of Florida
Commission # GG 341920
My Comm. Expires Jun 5. 2023
Bonded through National Notary Assn.