**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Smartscience Laboratories, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:19-bk-08468** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Summary of Assets, inventory,**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2019**        X **/s/ Gene Weitz**
_____
Signature of individual signing on behalf of debtor

**Gene Weitz**
_____
Printed name

**President/CEO**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Smartscience Laboratories, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **8:19-bk-08468** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atradius Natumin Pharma Jeff Tulchin, STA Internatio 225 Broadhollow Rd, Suite 150 Melville, NY 11747** | | | | | | **$17,934.11** |
| **Centennial Bank 719 Harkrider Street PO Box 966 Conway, AR 72032** | | **Secured against CEO's personal Vehicles: 2002 BMW M5 and 2007 Lincoln Navigator** | | **$45,000.00** | **$22,500.00** | **$22,500.00** |
| **Centennial Bank 719 Harkrider Street PO Box 966 Conway, AR 72032** | **Richard Storfer, Esq.** **Rstorfer@rprslaw.com** **(954) 331-1280** | **SBA Loan** | **Disputed** | **$714,961.33** | **$19,296.31** | **$695,665.02** |
| **Centennial Bank 719 Harkrider Street PO Box 966 Conway, AR 72032** | | **Unsecured Note purchased from BBIF.** | | | | **$163,000.00** |
| **County Line Road Property, L 15488 N. Nebraska Ave Lutz, FL 33549** | | **Trade debt** | | | | **$25,000.00** |
| **Experchem Laboratories, Inc. 1111 Flint Rd., Unit 36 Downsview, ON M3J3C7** | | **Trade debt** | | | | **$10,875.76** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(if known)* | **8:19-bk-08468** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fechtal Promissory Note County Line Road Property LL 15488 N. Nebraska Ave., Lutz, FL 33549** | | | | | | **$25,000.00** |
| **Internal Revenue Service Attn: Stephanie S. Armenia 3848 West Columbus Dr. Tampa, FL 33607** | **Stephanie S. Armenia** | **Federal Tax Lien** | | | | **$326,354.41** |
| **Kimball Electronics 1205 Kimball Blvd Jasper, IN 47546** | | **Building Lease - Aug & Sept 2019 Rent** | | | | **$51,727.00** |
| **Matacynski, Craig 12282 Coffee Trail Rosemount, MN 55068** | | **Shareholder loan** | | | | **$30,000.00** |
| **Merchant Funding Deven Khosla, MCA Recovery 17 State Street Suite 400 New York, NY 10004** | | **Unsecured Note** | | | | **$10,000.00** |
| **Mogren, Peter 861 Eagle Ridge Lane Stillwater, MN 55082** | | **Personal Loan** | | | | **$40,000.00** |
| **Peter Mogren 861 Eagle Ridge Lane, Stillwater, MN 55082** | | **shareholder loan** | | | | **$40,000.00** |
| **Preserve - A - chem** | | | | | | **$12,703.00** |
| **PRICE DONOGHUE RIDENOUR 29750 U.S. Hwy. 19 North Clearwater, FL 33761-1501** | | **Accountant** | | | | **$15,835.43** |
| **RIADA EQUIPMENT LTD, INC 16 Industry Lane Winder, GA 30680-3489** | | **Equipment Supplier** | | | | **$30,000.00** |
| **Springwell 219 NEW STREET Little Falls, NJ 07424** | | **Trade debt** | | | | **$178,591.45** |

| Debtor | Smartscience Laboratories, Inc. | | Case number *(if known)* | **8:19-bk-08468** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Universal Preserv-A-Chem, In 60 Jiffy Rd. Somerset, NJ 08873** | | **Trade Debt** | | | | **$12,703.00** |
| **WEITZ, GENE C. 4964 QUILL COURT Palm Harbor, FL 34685** | | **Loans to the business** | | | | **$525,414.78** |
| **WELLS FARGO CARD SERVICES PO Box5284 Carol Stream, IL 60197-6422** | | **Credit card purchases** | | | | **$21,250.27** |

**Fill in this information to identify the case:**

Debtor name    **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08468**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $    **350,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $    **11,331,982.21**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $    **11,681,982.21**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **821,638.32**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    **342,191.67**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,329,038.74**

4.    **Total liabilities** ..............................................................................................................................
    Lines 2 + 3a + 3b      $    **2,492,868.73**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Smartscience Laboratories, Inc.__

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) __8:19-bk-08468__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T Bank** | **Checking** | **4031** | **$500.00** |
| 3.2. | **Chase Bank** | **Checking** | **6093** | **$5,000.00** |
| 3.3. | **Chase Bank** | **Savings** | **0261** | **$500.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$6,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **Smartscience Laboratories, Inc.** | | Case number *(If known)* **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:                68,287.19                -                0.00            = ....                $68,287.19

face amount                                    doubtful or uncollectible accounts

12.      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                $68,287.19

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials See attached Exhibit D - Inventory List for Raw Materials** | **8/31/19** | **$0.00** | **Tax records** | **$44,952.83** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale Inventory Finished Goods - See attached Exhibit D** | **8/30/19** | **$0.00** | **Comparable sale** | **$59,706.96** |
| 22. | **Other inventory or supplies** | | | | |

23.      **Total of Part 5.**                                                        $104,659.79

Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value                                    Valuation method                        Current Value

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Smartscience Laboratories, Inc.**                                    Case number *(If known)*  **8:19-bk-08468**
_____Name_____

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment - see attached asset list Exhibit B** | **$0.00** | | **$1,885.24** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$1,885.24** |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Smartscience Laboratories, Inc.**                    Case number *(If known)*  **8:19-bk-08468**
Name

|  |  |  |  |
|---|---|---|---|
| **Laboratory Equipment - see attached Exhibit B for list of fixed assets** | $0.00 |  | $19,296.31 |
| **Other equipment - see attached Exhibit B** | $0.00 |  | $61,853.68 |

51.    **Total of Part 8.**                                                                                | $81,149.99 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Leasehold Improvements - see attached fixed asset list** | Leasehold | $0.00 |  | $350,000.00 |

56.    **Total of Part 9.**                                                                                | $350,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **Smartscience Laboratories, Inc.**
          Name

Case number *(If known)*  **8:19-bk-08468**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **FUSOME Dermal Delivery Technology** | $0.00 | Expert | $10,000,000.00 |
| **FUSOME trademark** | $0.00 | Expert | $1,000,000.00 |
| **Great Results trademark** | $0.00 | Expert | Unknown |
| **SmartScience Laboratories trademark** | $0.00 | Expert | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              | $11,000,000.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) **Debtor holds a promissory note with Resca International, Inc** | |

| | | | | |
|---|---|---|---|---|
| 71. | 70,000.00 | - | 0.00 | = | $70,000.00 |
| | Total face amount | | doubtful or uncollectible amount | |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Debtor    **Smartscience Laboratories, Inc.**                                    Case number *(If known)*   **8:19-bk-08468**
           Name

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | **$70,000.00** |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Smartscience Laboratories, Inc.**
          Name

Case number *(If known)*  **8:19-bk-08468**

---

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,287.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $104,659.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,885.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,149.99 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................................> | | $350,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $11,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $70,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,331,982.21 | + 91b. $350,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,681,982.21 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08468**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

| 2.1 **Centennial Bank** | Describe debtor's property that is subject to a lien | $714,961.33 | $19,296.31 |
|---|---|---|---|

| 2.1 | **Centennial Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Laboratory Equipment - see attached Exhibit B for list of fixed assets** |
|---|---|---|

**719 Harkrider Street**
**PO Box 966**
**Conway, AR 72032**
Creditor's mailing address

**Describe the lien**
**UCC Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Rstorfer@rprslaw.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5003**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Centennial Bank**
**2. M2 Lease Funds, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Centennial Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Secured against CEO's personal Vehicles: 2002 BMW M5 and 2007 Lincoln Navigator** | $45,000.00 | $22,500.00 |
|---|---|---|---|---|

**719 Harkrider Street**
**PO Box 966**
**Conway, AR 72032**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0054**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Smartscience Laboratories, Inc. | Case number (if know) | 8:19-bk-08468 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Leosons** | Describe debtor's property that is subject to a lien | $52,337.44 | $61,853.68 |
|---|---|---|---|---|
| | Creditor's Name | **Other equipment - see attached Exhibit B** | | |

**7200 Vineland Ave,
Suite 212
Ground Floor
Sun Valley, CA 91352**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **M2 Lease Funds, LLC** | Describe debtor's property that is subject to a lien | $9,339.55 | $19,296.31 |
|---|---|---|---|---|
| | Creditor's Name | **Laboratory Equipment - see attached Exhibit B for list of fixed assets** | | |

**175 N. Patrick Blvd.
Suite 140
Brookfield, WI 53045**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$821,638.32** |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if know) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian L. Besler**<br>**Sr. VP of Admin**<br>**Me 2 Lease Funds LLC**<br>**175 Patrick Blvd., Suite 140**<br>**Brookfield, WI 53045** | Line __2.4__ | |
| **Richard Storfer, Esq.**<br>**101 NE Third Ave,**<br>**Suite 1800**<br>**Fort Lauderdale, FL 33301** | Line __2.1__ | |
| **Richard Storfer, Esq.**<br>**101 NE Third Ave,**<br>**Suite 1800**<br>**Fort Lauderdale, FL 33301** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name  **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:19-bk-08468**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Hillsborough County Tax Coll**<br>**P.O. Box 30012**<br>**Tampa, FL 33630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,437.26** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Intangible Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Stephanie S. Armenia**<br>**3848 West Columbus Dr.**<br>**Tampa, FL 33607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$326,354.41** | **$291,183.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2015, 2016, 2017, 2018** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Smartscience Laboratories, Inc. | Case number (if known) | 8:19-bk-08468 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**John Hancock USA**<br>**P.O Box 7247-7122**<br>**AR 72477-1220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,400.00** | **$9,400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401K plan for employees** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Agilent Technologies, Inc.**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$423.73** |
|---|---|---|---|

| 3.2 | Nonpriority creditor's name and mailing address<br>**Alcami Corp**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,975.00** |
|---|---|---|---|

| 3.3 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 6618**<br>**Omaha, NE 68105-0618**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,387.64** |
|---|---|---|---|

| 3.4 | Nonpriority creditor's name and mailing address<br>**Associated Packaging**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,863.45** |
|---|---|---|---|

| 3.5 | Nonpriority creditor's name and mailing address<br>**At&T**<br>**PO Box 538695**<br>**Atlanta, GA 30353-8695**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:   **Phone Bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$296.12** |
|---|---|---|---|

| Debtor | **Smartscience Laboratories, Inc.** | | Case number *(if known)* | **8:19-bk-08468** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,934.11** |
|---|---|---|---|

**Atradius Natumin Pharma**
**Jeff Tulchin, STA Internatio**
**225 Broadhollow Rd,**
**Suite 150**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __5022__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,553.36** |
|---|---|---|---|

**Automation**
**Personnel Services**
**PO Box 830941**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,845.26** |
|---|---|---|---|

**Bell Chem Corp.**
**1340 Bennett Drive**
**Longwood, FL 32750-6933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,687.01** |
|---|---|---|---|

**Buchi Corp**
**PO BOX 822705**
**Philadelphia, PA 19182-2705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163,000.00** |
|---|---|---|---|

**Centennial Bank**
**719 Harkrider Street**
**PO Box 966**
**Conway, AR 72032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unsecured Note purchased from BBIF.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.16** |
|---|---|---|---|

**Citus Kalix**
**335 Chambersbrook Rd.**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.26** |
|---|---|---|---|

**Cole-Parmer Instrument Co**
**13927 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (*if known*) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,147.39** |
|---|---|---|---|

**Compressed Air Systems, Inc.**
9303 Stannum Street
Tampa, FL 33619-2658

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|

**Consumer Product Testing Co.**
70 New Dutch Lane
Fairfield, NJ 07004

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**County Line Road Property, L**
15488 N. Nebraska Ave
Lutz, FL 33549

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,441.25** |
|---|---|---|---|

**D&S Pallets**
PO BOX 18019
Clearwater, FL 33762

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.90** |
|---|---|---|---|

**Dalemark Industries, Inc.**
Excel Park 2
575 Prospect St.
Lakewood, NJ 08701

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00** |
|---|---|---|---|

**Darwin Chambers**
2945 Washington Ave
Saint Louis, MO 63103

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.42** |
|---|---|---|---|

**Dickson Company**
930 S. Westwood Ave
Addison, IL 60101

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |
|---|---|---|---|

**Down Under Enterprises, Inc.**
**PO BOX 72184**
**Cleveland, OH 44192-2184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,165.05** |
|---|---|---|---|

**Ductz of Tampa Bay**
**3055 47th Ave N.**
**Saint Petersburg, FL 33714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**El Ray Development, Inc.**
**C/O N. Michael Kouskoutis, E**
**623 East Tarpon Avenue**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.85** |
|---|---|---|---|

**Electrical Masters by MJR**
**4418 N. Lauber Way**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,875.76** |
|---|---|---|---|

**Experchem Laboratories, Inc.**
**1111 Flint Rd., Unit 36**
**Downsview, ON M3J3C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Fechtal Promissory Note**
**County Line Road Property LL**
**15488 N. Nebraska Ave.,**
**Lutz, FL 33549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.34** |
|---|---|---|---|

**Federal Express Corp**
**PO BOX 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(if known)* | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,610.00** |
|---|---|---|---|

**Florida Chemical Supply**
**6810 E. Chelsea Street**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,737.50** |
|---|---|---|---|

**Florida Retirement Consultan**
**5503 W. Waters Ave.**
**Suite 500**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329.71** |
|---|---|---|---|

**Frontier Communications**
**PO BOX 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,960.50** |
|---|---|---|---|

**Global Pack Source**
**650 Bloomfield Ave,**
**Ste 102**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,519.92** |
|---|---|---|---|

**Golden Eagle Extrusions**
**1762 State Road 131**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.56** |
|---|---|---|---|

**Gottscho Printing Systems.In**
**P.O. Box 185**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.68** |
|---|---|---|---|

**GRAINGER**
**fka Lab Safety Supply**
**DEPT 882537640**
** PO 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,437.26** |
|---|---|---|---|

**Hillsborough County Tax Coll**
**P.O. Box 30012**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$457.10** |
|---|---|---|---|

**Hillsborough Public Utilitie**
**925 E. Twiggs Street**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,611.42** |
|---|---|---|---|

**JOHNSON, POPE,BOKOR,RUPPEL**
**PO BOX 1368**
**Clearwater, FL 33756-1368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,727.00** |
|---|---|---|---|

**Kimball Electronics**
**1205 Kimball Blvd**
**Jasper, IN 47546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Building Lease - Aug & Sept 2019 Rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,001.20** |
|---|---|---|---|

**L & N LABEL COMPANY, INC**
**2051 SUNNYDALE BLVD**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,375.00** |
|---|---|---|---|

**Lipotec USA, Inc**
**1097 Yates Street**
**Lewisville, TX 75057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Matacynski, Craig**
**12282 Coffee Trail**
**Rosemount, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder loan**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,388.43** |
|---|---|---|---|

**McMASTER-CARR SUPPLY COMPANY**
**PO BOX7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Merchant Funding**
**Deven Khosla, MCA Recovery**
**17 State Street**
**Suite 400**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unsecured Note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,219.25** |
|---|---|---|---|

**Microbio. Testing & Consulti**
**660 North Collins St.**
**Ste 1**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Modem Canna Science, LLC**
**806 W. Beacon Road**
**Lakeland, FL 33803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Mogren, Peter**
**861 Eagle Ridge Lane**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,380.00** |
|---|---|---|---|

**NATIONAL LIFE INSURANCE CO.**
**1 NATIONAL LIFE DRIVE**
**Montpelier, VT 05604-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.33** |
|---|---|---|---|

**NexAir, LLC**
**930 S. Westwood Ave**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(if known)* | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$445.00** |
|---|---|---|---|

**Pace Analytical Services, In**
P.O. Box 684056
Chicago, IL 60695-4056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$391.00** |
|---|---|---|---|

**Patrick White**
12301 Little Road
Apt. 208
Hudson, FL 34667

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363.90** |
|---|---|---|---|

**Pest Boyz**
4953 Larkenheath Drive
Spring Hill, FL 34609

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$801.00** |
|---|---|---|---|

**PETER J. MOGREN**
861 EAGLE RIDGE LANE
Stillwater, MN 55082-9171

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Peter Mogren**
861 Eagle Ridge Lane,
Stillwater, MN 55082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __shareholder loan__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$609.82** |
|---|---|---|---|

**PRATER- STERLING**
2 SAMMONS COURT
Bolingbrook, IL 60440

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,703.00** |
|---|---|---|---|

**Preserve - A - chem**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Smartscience Laboratories, Inc.** | | Case number *(if known)* | **8:19-bk-08468** |
|---|---|---|---|---|

Name

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,835.43** |
|---|---|---|---|

**PRICE DONOGHUE RIDENOUR**
**29750 U.S. Hwy. 19 North**
**Clearwater, FL 33761-1501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Accountant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.21** |
|---|---|---|---|

**Quill Corporation**
**PO Box37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Ray Zacek**
**Tax Consulting & Rep**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**RE. McINTOSH**
**P.O. Box 16038**
**Tampa, FL 33687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |
|---|---|---|---|

**Reed Technology & Informatio**
**PO Box 7247-7518**
**Philadelphia, PA 19170-7518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**RIADA EQUIPMENT LTD, INC**
**16 Industry Lane**
**Winder, GA 30680-3489**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Equipment Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Scientech Laboratories**
**Accouts Receivable**
**107-G Corp. Blvd**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|---|

Name

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,002.74** |
|---|---|---|---|

**SERVI-PAK**
**334 Cornelia St.**
**Suite# 143**
**Plattsburgh, NY 12901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.96** |
|---|---|---|---|

**Sigma-Aldrich**
**po box 535182**
**Demorest, GA 30535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,114.81** |
|---|---|---|---|

**Silliker, Inc**
**3155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.46** |
|---|---|---|---|

**SMITH, RICHARD**
**1747 Sprint Lane**
**Holiday, FL 34691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Southern Analytical Lab, In**
**11 O S. Bayview Blvd**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,972.48** |
|---|---|---|---|

**SPECTRUM CHEMICAL**
**Mfg. Corp**
**PO BOX 740894**
**Los Angeles, CA 90074-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,591.45** |
|---|---|---|---|

**Springwell**
**219 NEW STREET**
**Little Falls, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (*if known*) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |
|---|---|---|---|

**Stichter,Riedel,Blain &Posti**
**11 o East Madison Street**
**Tampa, FL 33602-4700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$504.67** |
|---|---|---|---|

**STRYKA BOTANICS CO., INC**
**279 Homestead Road**
**Metuchen, NJ 08840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,783.92** |
|---|---|---|---|

**Sun-Pac Manufacturing**
**14201 McCormick Dr**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00** |
|---|---|---|---|

**Talon Industries**
**2300 Destiny Way**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,385.68** |
|---|---|---|---|

**UNIFORM CODE COUNCIL, INC.**
**P.O. BOX 713034**
**Columbus, OH 43271-3034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,703.00** |
|---|---|---|---|

**Universal Preserv-A-Chem, In**
**60 Jiffy Rd.**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.44** |
|---|---|---|---|

**Unlimited Bottled Water, LLC**
**13401 Woodward Drive**
**Hudson, FL 34667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.77** |
|---|---|---|---|

**UPS FREIGHT**
**P.O. BOX 650690**
**Dallas, TX 75265-0690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009.86** |
|---|---|---|---|

**UPS/UPS scs Dallas**
**UPS/UPS scs Dallas**
**Dallas, TX 75265-0690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**VDF FutureCeuticais, Inc.**
**#135237**
**P.O Box 92170**
**Elk Grove Village, IL 60009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vericore, LLC**
**10115 Kincey Ave**
**Suite 100**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.21** |
|---|---|---|---|

**VISTA COLOR CORPORATION**
**1401 NW 78th Avenue**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.65** |
|---|---|---|---|

**Waste Management of Tampa**
**PO Box4648**
**Carol Stream, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Bill**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,918.31** |
|---|---|---|---|

**WC INDUSTRIES**
**PO BOX 45**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Smartscience Laboratories, Inc.** | Case number (if known) | **8:19-bk-08468** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$525,414.78** |
|---|---|---|---|

**WEITZ, GENE C.**
**4964 QUILL COURT**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loans to the business**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,250.27** |
|---|---|---|---|

**WELLS FARGO CARD SERVICES**
**PO Box5284**
**Carol Stream, IL 60197-6422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus GTS, Inc.**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Altus GTS, Inc.**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line  **3.74**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 342,191.67 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,329,038.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,671,230.41 |

**Fill in this information to identify the case:**

Debtor name    **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08468**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest    **Building lease for laboratory** | |
| State the term remaining    **June 1, 2023** | **Kimball Electronics**<br>**13750 Reptron Blvd**<br>**Tampa, FL 33626** |
| List the contract number of any government contract | |
| **2.2.**    State what the contract or lease is for and the nature of the debtor's interest    **Gummy Production Equipment: Lease to Own equipment.  50% of payment goes towards lease agreement, and 50% is reduced by any invoices due to Debtor.** | |
| State the term remaining | **Leosons**<br>**7200 Vineland Ave,**<br>**Suite 212**<br>**Ground Floor**<br>**Sun Valley, CA 91352** |
| List the contract number of any government contract | |
| **2.3.**    State what the contract or lease is for and the nature of the debtor's interest    **Packaging Equipment lease** | |
| State the term remaining | **M2 Lease Funds, LLC**<br>**175 N. Patrick Blvd.**<br>**Suite 140**<br>**Brookfield, WI 53045** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **8:19-bk-08468**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 **Gene Weitz & Lisa Weitz** | **4964 Quill Court Palm Harbor, FL 34685 Personal Guarantee** | | **Centennial Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **WEITZ, GENE C.** | **4964 QUILL COURT Palm Harbor, FL 34685** | | **Fechtal Promissory Note** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **Smartscience Laboratories, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-08468**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,458,954.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,792,691.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,170,713.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(if known)* | **8:19-bk-08468** |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **El Ray Development, Inc.**<br>**2019-SC-001798** | Collection | **Pasco County Clerk of Court**<br>**7530 Little Rd**<br>**New Port Richey, FL 34654** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Centennial Bank v. Smartscience Laboratories, Inc.**<br>**2017-CA-8135** | Collection | **Hillsborough County Court**<br>**800 E. Twiggs Street**<br>**Tampa, FL 33602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Smartscience Laboratories, Inc.**

Case number *(if known)*    **8:19-bk-08468**

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **FL Legal Group** **501 E Kennedy Blvd.** **Suite 810** **Tampa, FL 33602** | **Money held in trust for Debtor attorney fees** | **9/3/19** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor    **Smartscience Laboratories, Inc.**

Case number *(if known)*  **8:19-bk-08468**

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Suntrust Bank Tampa Bay Attn: Bankruptcy Dept. P.O. Box 85092 MC VA-Wmrk-7952 Richmond, VA 23286** | **XXXX-1918** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2019** | **$0.00** |
| 18.2. | **Centennial Bank 719 Harkrider Street PO Box 966 Conway, AR 72032** | **XXXX-4144** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2019** | **$0.00** |

---

Debtor    **Smartscience Laboratories, Inc.**                                      Case number *(if known)*   **8:19-bk-08468**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Centennial Bank**<br>**719 Harkrider Street**<br>**PO Box 966**<br>**Conway, AR 72032** | **XXXX-3646** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Payroll Account - Checking** | **July 2019** | **$0.00** |
| 18.4. | **Centennial Bank**<br>**719 Harkrider Street**<br>**PO Box 966**<br>**Conway, AR 72032** | **XXXX-2480** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2019** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Smartscience Laboratories, Inc.** _____     Case number *(if known)*  **8:19-bk-08468**

☑ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Smartscience Laboratories, Inc.**                              Case number *(if known)*   **8:19-bk-08468**

---

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Debtor    **Smartscience Laboratories, Inc.** _____    Case number *(if known)*   **8:19-bk-08468** _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2019** _____

**/s/ Gene Weitz** _____    **Gene Weitz** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President/CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# Exhibit A/B

SmartScience Laboratories, Inc.
59-3490668
Fixed Asset List        08/31/2019
Updated 08/28/19

| Asset | Property Description | Date In Service | Book Cost | Book Depr 2018 | Book Current Depr 2019 | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|
| **Group: 20-Leasehold Improvements** | | | | | | | | | |
| 20003 | Compair Compressor/Dryer | 4/23/99 | 6,556.00 | 6,556.00 | 0.00 | 6,556.00 | 0.00 | S/L | 7.0 |
| 20007 | Compair compressor | 12/31/99 | 6,445.00 | 6,445.00 | 0.00 | 6,445.00 | 0.00 | S/L | 7.0 |
| | Ritz Telecom Cabling New Office | 3/06/13 | 4,492.73 | 3,690.46 | 427.88 | 4,118.34 | 374.39 | S/L | 7.0 |
| | Ritz Telecom Cabling New Office | 3/11/13 | 4,500.00 | 3,696.42 | 428.57 | 4,125.00 | 375.00 | S/L | 7.0 |
| | Kimball Intl Leasehold Improv Allow | 3/31/13 | 50,000.00 | 41,071.42 | 4,761.90 | 45,833.33 | 4,166.67 | S/L | 7.0 |
| | Fechtel Company | 4/25/13 | 215,000.00 | 171,606.97 | 20,476.19 | 192,083.16 | 22,916.84 | S/L | 7.0 |
| | Fechtel Company | 5/13/13 | 30,000.00 | 23,928.57 | 2,857.14 | 26,785.71 | 3,214.29 | S/L | 7.0 |
| | Central Drywall | 6/18/13 | 12,950.00 | 10,175.00 | 1,233.33 | 11,408.33 | 1,541.67 | S/L | 7.0 |
| | Pardee - Accoustical Contractors | 6/28/13 | 1,060.00 | 832.86 | 100.95 | 933.81 | 126.19 | S/L | 7.0 |
| | Pipe Pros | 8/05/13 | 4,408.00 | 3,358.48 | 419.81 | 3,778.29 | 629.71 | S/L | 7.0 |
| | Rexal | 8/13/13 | 3,472.77 | 2,645.92 | 330.74 | 2,976.66 | 496.11 | S/L | 7.0 |
| | Pro Energy Systems | 8/20/13 | 6,695.00 | 5,100.96 | 637.62 | 5,738.58 | 956.42 | S/L | 7.0 |
| | American Roll Up Door | 8/21/13 | 812.00 | 618.67 | 77.33 | 696.00 | 116.00 | S/L | 7.0 |
| | G&G Electric | 8/28/13 | 6,646.84 | 5,064.26 | 633.03 | 5,697.29 | 949.55 | S/L | 7.0 |
| | Intl Fire Protection | 8/28/13 | 28,000.00 | 21,333.33 | 2,666.67 | 24,000.00 | 4,000.00 | S/L | 7.0 |
| | Pipe Pros | 10/31/13 | 3,068.00 | 2,264.47 | 292.19 | 2,556.66 | 511.34 | S/L | 7.0 |
| | Comp Air Service and Replacement | 7/01/14 | 708.54 | 447.06 | 67.48 | 514.54 | 194.00 | S/L | 7.0 |
| | Blanton Door | 7/01/14 | 500.00 | 315.48 | 47.62 | 363.10 | 136.90 | S/L | 7.0 |
| | Ramcon Roofing | 7/01/14 | 776.23 | 489.76 | 73.93 | 563.69 | 212.54 | S/L | 7.0 |
| | Currie Electric | 7/01/14 | 5,149.00 | 3,248.77 | 490.38 | 3,739.15 | 1,409.85 | S/L | 7.0 |
| | Swedberg Entr | 9/17/14 | 3,768.00 | 2,287.71 | 358.86 | 2,646.57 | 1,121.43 | S/L | 7.0 |
| | Ritz Telecom | 9/22/14 | 1,225.15 | 743.84 | 116.68 | 860.52 | 364.63 | S/L | 7.0 |
| | M Schimpff | 9/22/14 | 5,000.00 | 3,035.71 | 476.19 | 3,511.90 | 1,488.10 | S/L | 7.0 |
| | Agilent Technologies | 10/09/14 | 1,391.00 | 827.98 | 132.48 | 960.45 | 430.55 | S/L | 7.0 |
| | Ritz Telecom | 10/14/14 | 1,417.75 | 843.90 | 135.02 | 978.93 | 438.82 | S/L | 7.0 |
| | Electric Eels | 10/14/14 | 4,075.00 | 2,425.60 | 388.10 | 2,813.69 | 1,261.31 | S/L | 7.0 |
| | M Schimpff | 10/15/14 | 2,800.00 | 1,666.67 | 266.67 | 1,933.34 | 866.66 | S/L | 7.0 |
| | Pipe Pros | 10/27/14 | 2,460.00 | 1,464.29 | 234.29 | 1,698.57 | 761.43 | S/L | 7.0 |
| | Electric Eels | 11/06/14 | 6,522.00 | 3,804.50 | 621.14 | 4,425.64 | 2,096.36 | S/L | 7.0 |
| | Swedberg Entr | 12/08/14 | 6,776.10 | 3,872.06 | 645.34 | 4,517.40 | 2,258.70 | S/L | 7.0 |
| | Northwest Door | 12/08/14 | 701.64 | 400.94 | 66.82 | 467.76 | 233.88 | S/L | 7.0 |
| | Home Depot | 12/09/14 | 500.76 | 286.14 | 47.69 | 333.84 | 166.92 | S/L | 7.0 |
| | Exclusive Flooring | 12/10/14 | 3,036.12 | 1,734.92 | 289.15 | 2,024.08 | 1,012.04 | S/L | 7.0 |
| | Fechtal - Fees - Part of Loan | 12/10/14 | 10,235.00 | 5,848.58 | 974.76 | 6,823.34 | 3,411.66 | S/L | 7.0 |
| | Florida Millworks | 1/21/15 | 2,397.40 | 1,341.40 | 228.32 | 1,569.73 | 827.67 | S/L | 7.0 |
| | M Schimpff | 1/21/15 | 925.00 | 517.56 | 88.10 | 605.65 | 319.35 | S/L | 7.0 |
| | Brecknell Floor Scale | 1/26/15 | 644.66 | 360.70 | 61.40 | 422.09 | 222.57 | S/L | 7.0 |
| | Electric Eels | 1/29/15 | 5,708.00 | 3,193.76 | 543.62 | 3,737.38 | 1,970.62 | S/L | 7.0 |
| | Discount Blinds | 2/18/15 | 1,000.00 | 547.61 | 95.24 | 642.85 | 357.15 | S/L | 7.0 |
| | Exclusive Flooring | 4/01/15 | 3,036.12 | 1,590.35 | 289.15 | 1,879.51 | 1,156.61 | S/L | 7.0 |
| | Swedberg Entr | 4/06/15 | 6,259.20 | 3,278.63 | 596.11 | 3,874.75 | 2,384.45 | S/L | 7.0 |
| | Intl Fire Protection | 4/06/15 | 5,800.00 | 2,969.04 | 552.38 | 3,521.42 | 2,278.58 | S/L | 7.0 |
| | **20-Leasehold Improvements** | | 466,919.01 | 355,931.75 | 43,230.29 | 399,162.04 | **67,756.97** | | |
| | | | | | | | **67,756.97** | | |
| **Group: 30-Vehicles** | | | | | | | | | |
| 20218 | 2002 BMW model M5 | 9/05/06 | 34,406.81 | 34,406.81 | 0.00 | 34,406.81 | 0.00 | S/L | 6.0 |
| | **30-Vehicles** | | 34,406.81 | 34,406.81 | 0.00 | **34,406.81** | 0.00 | | |
| **Group: 40-Trucks-Heavy Trucks** | | | | | | | | | |
| 20101 | Gator Ford/98 Parcel Van | 12/08/99 | 22,181.00 | 22,181.00 | 0.00 | 22,181.00 | 0.00 | S/L | 6.0 |
| | **40-Trucks-Heavy Trucks** | | 22,181.00 | 22,181.00 | 0.00 | **22,181.00** | 0.00 | | |
| **Group: 52-Laboratory Equipment** | | | | | | | | | |
| 20008 | Quality control ph meter | 4/16/98 | 799.00 | 799.00 | 0.00 | 799.00 | 0.00 | S/L | 7.0 |
| 20009 | TS200 Ohaus analytical BA | 6/30/98 | 895.00 | 895.00 | 0.00 | 895.00 | 0.00 | S/L | 7.0 |
| 20011 | H-03010-50 Digital meltg | 9/09/98 | 1,925.00 | 1,925.00 | 0.00 | 1,925.00 | 0.00 | S/L | 7.0 |
| 20013 | Riada equipment | 9/22/98 | 2,669.00 | 2,669.00 | 0.00 | 2,669.00 | 0.00 | S/L | 7.0 |
| 20102 | Olympus CX40 Microscope | 4/03/00 | 4,805.93 | 4,805.93 | 0.00 | 4,805.93 | 0.00 | S/L | 7.0 |
| 20208 | Mixer 50-500 RPM, 115V | 5/01/05 | 1,099.00 | 1,099.00 | 0.00 | 1,099.00 | 0.00 | S/L | 7.0 |
| | Buschi NIR Spectometer | 10/11/07 | 62,620.55 | 62,620.55 | 0.00 | 62,620.55 | 0.00 | S/L | 7.0 |
| 20231 | Lab Equipment | 6/30/11 | 1,013.15 | 1,013.15 | 0.00 | 1,013.15 | 0.00 | S/L | 7.0 |
| 20237 | Laboratory Cabinets Home Depot | 5/17/13 | 588.12 | 469.09 | 56.01 | 525.11 | 63.01 | S/L | 7.0 |
| | Agilent Spectrophotometer | 10/31/13 | 6,699.00 | 4,944.50 | 638.00 | 5,582.50 | 1,116.50 | S/L | 7.0 |
| | Hermle Universal Centrifuge | 10/31/13 | 4,934.49 | 3,642.12 | 469.95 | 4,112.08 | 822.41 | S/L | 7.0 |
| | Agilent Spectrophotometer | 7/01/14 | 1,724.49 | 1,057.28 | 164.24 | 1,221.52 | 502.97 | S/L | 7.0 |
| | Buschi Corp | 7/14/14 | 1,896.00 | 1,196.28 | 180.57 | 1,376.86 | 519.14 | S/L | 7.0 |
| | LabEquip Viscometer | 2/23/16 | 2,184.53 | 884.21 | 208.05 | 1,092.26 | 1,092.27 | S/L | 7.0 |

SmartScience Laboratories, Inc.
59-3490668
08/31/2019
Fixed Asset List
Updated 08/28/19

| Asset | Property Description | Date In Service | Book Cost | Book Depr 2018 | Book Current Depr 2019 | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|
| | Waters HPLC 2695 | 1/27/17 | | | 0.00 | 0.00 | 0.00 S/L | | 7.0 |
| | Stability Chamber 1 | 1/27/17 | | | 0.00 | 0.00 | 0.00 S/L | | 7.0 |
| | Stability Chamber 2 | 1/27/17 | | | 0.00 | 0.00 | 0.00 S/L | | 7.0 |
| | King TB4 Gummy counter 2668 | 7/18/18 | 18,216.00 | 1,301.14 | 1,734.86 | 3,036.00 | 15,180.00 S/L | | 7.0 |
| | **52-Laboratory Equipment** | | 112,069.26 | 89,321.27 | 3,451.68 | 92,772.95 | 19,296.31 | | |
| **Group: 55-Other Equipment** | | | | | | | **19,296.31** | | |
| 20019 | Prater/Mill Lab System | 8/10/99 | 82,338.00 | 82,338.00 | 0.00 | 82,338.00 | 0.00 S/L | | 5.0 |
| 20021 | Kalish/Tube Filling/Seal | 8/09/99 | 86,262.00 | 86,262.00 | 0.00 | 86,262.00 | 0.00 S/L | | 5.0 |
| 20022 | Kalish/Neslab chiller | 8/09/99 | 2,650.00 | 2,650.00 | 0.00 | 2,650.00 | 0.00 S/L | | 5.0 |
| 20028 | Riada/tank/ss/food grade | 2/15/99 | 5,950.00 | 5,950.00 | 0.00 | 5,950.00 | 0.00 S/L | | 5.0 |
| 20029 | Riada/2 immersion heaters | 2/15/99 | 1,032.00 | 1,032.00 | 0.00 | 1,032.00 | 0.00 S/L | | 5.0 |
| 20030 | Riada/tank/ss/185 gal | 4/09/99 | 2,444.00 | 2,444.00 | 0.00 | 2,444.00 | 0.00 S/L | | 5.0 |
| 20033 | Riada/Conveyor belt/table | 4/02/99 | 1,550.00 | 1,550.00 | 0.00 | 1,550.00 | 0.00 S/L | | 5.0 |
| 20034 | Inmark/275 gal tank | 4/07/99 | 690.00 | 690.00 | 0.00 | 690.00 | 0.00 S/L | | 5.0 |
| 20037 | Riada/poly tank | 4/22/99 | 3,047.00 | 3,047.00 | 0.00 | 3,047.00 | 0.00 S/L | | 5.0 |
| 20042 | Riada/sandpiper 2 pump | 8/04/99 | 2,113.00 | 2,113.00 | 0.00 | 2,113.00 | 0.00 S/L | | 5.0 |
| 20138 | Home Dep/Roto Zip Saw | 2/21/00 | 209.88 | 209.88 | 0.00 | 209.88 | 0.00 S/L | | 5.0 |
| 20141 | Prater/Canister Assy | 3/15/00 | 1,287.42 | 1,287.42 | 0.00 | 1,287.42 | 0.00 S/L | | 5.0 |
| 20142 | Belcor/Case Taper 252/sta 505 | 3/16/00 | 21,187.13 | 21,187.13 | 0.00 | 21,187.13 | 0.00 S/L | | 5.0 |
| 20143 | ID Tech/Inkjet Printer/6329 | 3/16/00 | 1,775.61 | 1,775.61 | 0.00 | 1,775.61 | 0.00 S/L | | 5.0 |
| 20145 | Global/Frames & Beams | 4/04/00 | 3,656.24 | 3,656.24 | 0.00 | 3,656.24 | 0.00 S/L | | 5.0 |
| 20146 | Riada/3x3 metal table skid | 4/12/00 | 385.42 | 385.42 | 0.00 | 385.42 | 0.00 S/L | | 5.0 |
| 20147 | Vertical drum safety cabinet | 4/19/00 | 1,369.20 | 1,369.20 | 0.00 | 1,369.20 | 0.00 S/L | | 5.0 |
| 20148 | Kalix Cartoning Machine | 4/26/00 | 140,511.00 | 140,511.00 | 0.00 | 140,511.00 | 0.00 S/L | | 5.0 |
| 20151 | Riada/Piston filler | 11/07/00 | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 S/L | | 5.0 |
| 20175 | Tampa Forklift/Pallet Jack 5000 | 4/06/00 | 880.62 | 880.62 | 0.00 | 880.62 | 0.00 S/L | | 5.0 |
| 20189 | Polypack/Shrinkwrap/Scarab IL-250 | 4/03/02 | 30,638.24 | 30,638.24 | 0.00 | 30,638.24 | 0.00 S/L | | 5.0 |
| 20194 | Machine Runner/Heat Shrink Tunnel | 6/25/03 | 948.00 | 948.00 | 0.00 | 948.00 | 0.00 S/L | | 5.0 |
| 20195 | Machine Runner/Heat Shrink Tunnel | 8/19/03 | 948.00 | 948.00 | 0.00 | 948.00 | 0.00 S/L | | 5.0 |
| 20196 | McMaster/2 Hi Visc Elec Drum Pumps | 9/24/03 | 1,554.54 | 1,554.54 | 0.00 | 1,554.54 | 0.00 S/L | | 5.0 |
| 20198 | Riada/Conveyors/Checkweigher - CAPI | 11/01/03 | 4,400.00 | 4,400.00 | 0.00 | 4,400.00 | 0.00 S/L | | 5.0 |
| 20199 | Loma/Checkweigher - CAPITAL LEASE | 11/01/03 | 12,983.00 | 12,983.00 | 0.00 | 12,983.00 | 0.00 S/L | | 5.0 |
| 20200 | Machine Runner/Pallet Wrapper - CAP | 11/01/03 | 6,928.00 | 6,928.00 | 0.00 | 6,928.00 | 0.00 S/L | | 5.0 |
| 20201 | Whole Package/Tooling for 2 oz tubes | 12/10/03 | 1,390.00 | 1,390.00 | 0.00 | 1,390.00 | 0.00 S/L | | 5.0 |
| 20213 | Wire racks/shelving - warehouse | 12/19/05 | 1,981.00 | 1,981.00 | 0.00 | 1,981.00 | 0.00 S/L | | 5.0 |
| | 500Gallon Water Heat System | 2/04/08 | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 S/L | | 5.0 |
| | Groen Vacuum Mixer Model | 9/29/09 | 25,300.00 | 25,300.00 | 0.00 | 25,300.00 | 0.00 S/L | | 5.0 |
| | Comadis C970 Metal Tube Filler | 12/17/09 | 31,044.00 | 31,044.00 | 0.00 | 31,044.00 | 0.00 S/L | | 5.0 |
| 20234 | Frames Rack and More | 3/07/12 | 1,198.70 | 1,198.70 | 0.00 | 1,198.70 | 0.00 S/L | | 5.0 |
| 20235 | The Whole Package | 5/01/12 | 2,925.00 | 2,925.00 | 0.00 | 2,925.00 | 0.00 S/L | | 5.0 |
| | Chiller Cold Water Tank | 5/25/12 | 9,900.00 | 9,900.00 | 0.00 | 9,900.00 | 0.00 S/L | | 5.0 |
| 20236 | Riada Equipment Heat Exchange | 10/22/12 | 2,799.48 | 2,799.48 | 0.00 | 2,799.48 | 0.00 S/L | | 5.0 |
| 20238 | Tampa Forklift - Finance Wells Fargo | 2/28/13 | 16,983.50 | 16,983.50 | 0.00 | 16,983.50 | 0.00 S/L | | 5.0 |
| 20239 | Riada Equipment | 2/28/13 | 3,992.00 | 3,992.00 | 0.00 | 3,992.00 | 0.00 S/L | | 5.0 |
| | Maintenance One Scrubber | 5/09/13 | 5,243.00 | 5,243.00 | 0.00 | 5,243.00 | 0.00 S/L | | 5.0 |
| 20241 | Prater Sterling - Ammeter | 5/14/13 | 1,152.00 | 1,152.00 | 0.00 | 1,152.00 | 0.00 S/L | | 5.0 |
| | Keith McKee | 7/18/13 | 1,046.00 | 1,046.00 | 0.00 | 1,046.00 | 0.00 S/L | | 5.0 |
| 20243 | Riada Equipment | 7/30/13 | 1,584.00 | 1,584.00 | 0.00 | 1,584.00 | 0.00 S/L | | 5.0 |
| | Talon Industries - Printer | 6/18/14 | 12,970.00 | 11,673.00 | 1,297.00 | 12,970.00 | 0.00 S/L | | 5.0 |
| | Aaron Kendal Packaging Equip | 6/24/14 | 1,200.00 | 1,080.00 | 120.00 | 1,200.00 | 0.00 S/L | | 5.0 |
| | Aaron Kendal Klockner Medipak | 7/01/14 | 30,500.00 | 26,941.67 | 3,558.33 | 30,500.00 | 0.00 S/L | | 5.0 |
| | Pharmaworks CP2 Upgrade | 7/01/14 | 92,300.00 | 81,531.67 | 10,768.33 | 92,300.00 | 0.00 S/L | | 5.0 |
| | Pharmaworks Tooling | 7/01/14 | 32,100.00 | 28,355.00 | 3,745.00 | 32,100.00 | 0.00 S/L | | 5.0 |
| | Pharmaworks Consulting | 7/01/14 | 500.00 | 441.67 | 58.33 | 500.00 | 0.00 S/L | | 5.0 |
| | Dalemark Industries - Debosser | 7/01/14 | 10,999.50 | 9,716.23 | 1,283.28 | 10,999.51 | 0.00 S/L | | 5.0 |
| | Buchi Maintenance | 7/01/14 | 850.00 | 750.83 | 99.17 | 850.00 | 0.00 S/L | | 5.0 |
| | Loma Systems Timing Belt | 7/01/14 | 332.25 | 293.49 | 38.76 | 332.25 | 0.00 S/L | | 5.0 |
| | Riada Equipment Tank | 7/01/14 | 7,187.50 | 6,348.96 | 838.54 | 7,187.50 | 0.00 S/L | | 5.0 |
| | Gottscho Chooz Ink Stamps | 7/01/14 | 1,488.57 | 1,314.91 | 173.67 | 1,488.57 | 0.00 S/L | | 5.0 |
| | Aaron Kendal Packaging Equip | 7/09/14 | 1,000.00 | 883.33 | 116.67 | 1,000.00 | 0.00 S/L | | 5.0 |
| | The Whole Package | 9/22/14 | 3,615.00 | 3,072.75 | 482.00 | 3,554.75 | 60.25 S/L | | 5.0 |
| | Clearwater Packaging | 11/06/14 | 6,000.00 | 4,800.00 | 800.00 | 5,600.00 | 400.00 S/L | | 5.0 |
| | M-2 Lease Briggs Polypak | 3/27/15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 S/L | | 5.0 |
| | Air Compressor ($7,523.84) | 9/21/15 | 2,870.00 | 1,865.50 | 382.67 | 2,248.17 | 621.83 S/L | | 5.0 |
| | Air Compressor ($7,523.84) | 10/30/15 | 2,326.92 | 1,473.72 | 310.26 | 1,783.97 | 542.95 S/L | | 5.0 |
| | Air Compressor ($7,523.84) | 11/30/15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 S/L | | 5.0 |

SmartScience Laboratories, Inc.
59-3490668
Fixed Asset List

08/31/2019

Updated 08/28/19

| Asset | Property Description | Date In Service | Book Cost | Book Depr 2018 | Book Current Depr 2019 | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|
| | GPI Equip for Gummy Production | 5/10/19 | 55,856.00 | 0.00 | 3,444.45 | 3,444.45 | 52,411.55 | S/L | 5.0 |
| | CentC 100 counter for Gummies | 6/07/19 | 8,195.00 | 0.00 | 377.88 | 377.88 | 7,817.12 | S/L | 5.0 |
| | **55-Other Equipment** | | 806,567.72 | 716,819.70 | 27,894.34 | 744,714.04 | **61,853.68** | | |
| **Group: 60-Office Equipment** | | | | | | | **61,853.68** | | |
| 20048 | Telephone equipment | 4/06/98 | 2,036.00 | 2,036.00 | 0.00 | 2,036.00 | 0.00 | S/L | 7.0 |
| 20049 | Telephone equipment | 4/13/98 | 1,096.00 | 1,096.00 | 0.00 | 1,096.00 | 0.00 | S/L | 7.0 |
| 20050 | Telephone equipment | 9/29/98 | 833.00 | 833.00 | 0.00 | 833.00 | 0.00 | S/L | 7.0 |
| 20051 | Orion/1493/12 phones | 4/08/99 | 6,047.00 | 6,047.00 | 0.00 | 6,047.00 | 0.00 | S/L | 7.0 |
| 20052 | Orion/voice mail system | 4/22/99 | 2,059.00 | 2,059.00 | 0.00 | 2,059.00 | 0.00 | S/L | 7.0 |
| 20053 | Orion/1522/phone | 5/14/99 | 457.00 | 457.00 | 0.00 | 457.00 | 0.00 | S/L | 7.0 |
| 20054 | Orion/1556/phones | 6/16/99 | 1,831.00 | 1,831.00 | 0.00 | 1,831.00 | 0.00 | S/L | 7.0 |
| 20136 | Orion 1840/4 Phones kdb dli card | 5/03/00 | 1,254.95 | 1,254.95 | 0.00 | 1,254.95 | 0.00 | S/L | 7.0 |
| 20137 | Orion 508/T-1 card 24 circuits | 5/08/00 | 5,124.00 | 5,124.00 | 0.00 | 5,124.00 | 0.00 | S/L | 7.0 |
| 20220 | Sonic Firewall | 11/27/07 | 775.00 | 775.00 | 0.00 | 775.00 | 0.00 | S/L | 7.0 |
| | Ritz Telecomm | 10/12/15 | 3,959.00 | 1,696.71 | 377.05 | 2,073.76 | 1,885.24 | S/L | 7.0 |
| | 60-Office Equipment | | 25,471.95 | 23,209.66 | 377.05 | 23,586.71 | **1,885.24** | | |
| **Group: 61-Computer Equipment** | | | | | | | | | |
| 20183 | Soloscource/Server/Dell | 7/09/02 | 7,451.16 | 7,451.16 | 0.00 | 7,451.16 | 0.00 | S/L | 5.0 |
| 20185 | Navision software | 8/01/02 | 72,262.30 | 72,262.30 | 0.00 | 72,262.30 | 0.00 | S/L | 5.0 |
| 20186 | Compserv Dell workstation | 10/25/02 | 7,101.15 | 7,101.15 | 0.00 | 7,101.15 | 0.00 | S/L | 5.0 |
| 20211 | 3 Servers/3 PC's | 5/06/05 | 8,400.00 | 8,400.00 | 0.00 | 8,400.00 | 0.00 | S/L | 5.0 |
| 20212 | 3 Servers | 8/02/05 | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 | S/L | 5.0 |
| 20244 | Computer Implementation (White) | 12/13/13 | 2,625.00 | 2,625.00 | 0.00 | 2,625.00 | 0.00 | S/L | 5.0 |
| 20245 | Computer Implementation (Dell) | 12/13/13 | 19,849.83 | 19,849.83 | 0.00 | 19,849.83 | 0.00 | S/L | 5.0 |
| 20246 | Copystar Kyocera Printer / Copier | 12/13/13 | 6,589.06 | 6,589.06 | 0.00 | 6,589.06 | 0.00 | S/L | 5.0 |
| | 61-Computer Equipment | | 133,278.50 | 133,278.50 | 0.00 | 133,278.50 | 0.00 | | |
| **Group: 62-Furniture & Fixtures** | | | | | | | 0.00 | | |
| 20071 | Office furniture | 3/31/98 | 2,383.00 | 2,383.00 | 0.00 | 2,383.00 | 0.00 | S/L | 7.0 |
| 20072 | Office furniture | 4/08/98 | 1,836.00 | 1,836.00 | 0.00 | 1,836.00 | 0.00 | S/L | 7.0 |
| 20075 | Chair - old eden | 2/06/98 | 138.00 | 138.00 | 0.00 | 138.00 | 0.00 | S/L | 7.0 |
| 20076 | Staples/desk/9032607381 | 3/30/99 | 297.00 | 297.00 | 0.00 | 297.00 | 0.00 | S/L | 7.0 |
| 20078 | Staples/4dr vertical file | 3/30/99 | 143.00 | 143.00 | 0.00 | 143.00 | 0.00 | S/L | 7.0 |
| 20081 | Staples/delux steno chair | 3/08/99 | 88.00 | 88.00 | 0.00 | 88.00 | 0.00 | S/L | 7.0 |
| 20082 | Staples/global draft chai | 4/01/99 | 127.00 | 127.00 | 0.00 | 127.00 | 0.00 | S/L | 7.0 |
| 20084 | Staples/desk/904130 | 4/14/99 | 567.00 | 567.00 | 0.00 | 567.00 | 0.00 | S/L | 7.0 |
| 20085 | Staples/deluxe steno chai | 4/14/99 | 176.00 | 176.00 | 0.00 | 176.00 | 0.00 | S/L | 7.0 |
| 20088 | OffDep/4 dr file cabinet | 5/21/99 | 95.00 | 95.00 | 0.00 | 95.00 | 0.00 | S/L | 7.0 |
| 20089 | Staples/dsk/credenza/libr | 6/02/99 | 1,134.00 | 1,134.00 | 0.00 | 1,134.00 | 0.00 | S/L | 7.0 |
| 20090 | Staples/ergo exec chair | 6/02/99 | 212.00 | 212.00 | 0.00 | 212.00 | 0.00 | S/L | 7.0 |
| 20091 | Staples/2 deluxe steno ch | 6/02/99 | 170.00 | 170.00 | 0.00 | 170.00 | 0.00 | S/L | 7.0 |
| 20092 | Staples/desk/906914 | 6/02/99 | 406.00 | 406.00 | 0.00 | 406.00 | 0.00 | S/L | 7.0 |
| 20093 | Staples/2 ad ht fold tabl | 6/24/99 | 170.00 | 170.00 | 0.00 | 170.00 | 0.00 | S/L | 7.0 |
| 20094 | OffDep/4 dr file cabinet | 7/27/99 | 128.00 | 128.00 | 0.00 | 128.00 | 0.00 | S/L | 7.0 |
| 20095 | OffDep/4 dr file cabinet | 9/02/99 | 123.00 | 123.00 | 0.00 | 123.00 | 0.00 | S/L | 7.0 |
| 20096 | OffDep/2 dr file cabinet | 11/12/99 | 96.00 | 96.00 | 0.00 | 96.00 | 0.00 | S/L | 7.0 |
| 20098 | OffDep/4 dr file cabinet | 12/02/99 | 107.00 | 107.00 | 0.00 | 107.00 | 0.00 | S/L | 7.0 |
| 20156 | Off Dep/File Cab 4dr | 3/02/00 | 132.49 | 132.49 | 0.00 | 132.49 | 0.00 | S/L | 7.0 |
| 20157 | Natl Bus/30" Bookcase GCW | 3/08/00 | 128.95 | 128.95 | 0.00 | 128.95 | 0.00 | S/L | 7.0 |
| 20158 | Off Dep/Computer credenza | 3/15/00 | 180.19 | 180.19 | 0.00 | 180.19 | 0.00 | S/L | 7.0 |
| 20159 | Off Dep/4-Shelf Bookcase | 3/15/00 | 74.09 | 74.09 | 0.00 | 74.09 | 0.00 | S/L | 7.0 |
| 20160 | Off Dep/Computer cart w/hutch | 4/06/00 | 95.39 | 95.39 | 0.00 | 95.39 | 0.00 | S/L | 7.0 |
| 20161 | Off Dep/2 bookcases 4-shelf | 4/01/00 | 148.38 | 148.38 | 0.00 | 148.38 | 0.00 | S/L | 7.0 |
| 20162 | 4-shelf oak bookcase | 4/01/00 | 52.99 | 52.99 | 0.00 | 52.99 | 0.00 | S/L | 7.0 |
| 20163 | Desk w/hutch | 5/04/00 | 932.75 | 932.75 | 0.00 | 932.75 | 0.00 | S/L | 7.0 |
| 20164 | Off Dep/4dr letter file cabinet | 5/04/00 | 148.38 | 148.38 | 0.00 | 148.38 | 0.00 | S/L | 7.0 |
| 20165 | off Dep/2dr lateral file cabinet | 5/04/00 | 158.99 | 158.99 | 0.00 | 158.99 | 0.00 | S/L | 7.0 |
| 20166 | Off Dep/2-shelf bookcase | 5/11/00 | 42.39 | 42.39 | 0.00 | 42.39 | 0.00 | S/L | 7.0 |
| 20167 | Off Dep/Alum. Marker board | 5/11/00 | 412.29 | 412.29 | 0.00 | 412.29 | 0.00 | S/L | 7.0 |
| 20169 | 3.6 cu Sanyo Wht Refrigerator | 5/23/00 | 248.87 | 248.87 | 0.00 | 248.87 | 0.00 | S/L | 7.0 |
| 20170 | 6-shelf Bookcase | 5/23/00 | 255.40 | 255.40 | 0.00 | 255.40 | 0.00 | S/L | 7.0 |
| 20171 | 6-shelf bookcase | 5/23/00 | 255.40 | 255.40 | 0.00 | 255.40 | 0.00 | S/L | 7.0 |
| 20172 | (7) Conference chairs | 6/07/00 | 1,043.00 | 1,043.00 | 0.00 | 1,043.00 | 0.00 | S/L | 7.0 |
| 20173 | (7) High-back chair | 6/07/00 | 237.00 | 237.00 | 0.00 | 237.00 | 0.00 | S/L | 7.0 |
| 20174 | (7) High-back chair | 6/07/00 | 198.00 | 198.00 | 0.00 | 198.00 | 0.00 | S/L | 7.0 |
| 20207 | Desk - NH | 10/22/04 | 200.00 | 200.00 | 0.00 | 200.00 | 0.00 | S/L | 7.0 |

SmartScience Laboratories, Inc.
59-3490668                         08/31/2019
Fixed Asset List
Updated 08/28/19

| Asset | Property Description | Date In Service | Book Cost | Book Depr 2018 | Book Current Depr 2019 | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|
| | 62-Furniture & Fixtures | | 13,340.95 | 13,340.95 | 0.00 | 13,340.95 | 0.00 | | |
| | Grand Total | | 1,614,235.20 | 1,388,489.64 | 74,953.35 | 1,463,442.99 | 150,792.21 | | |
| | | | | | | | 150,792.21 | | |
| | Bank Closing Costs | 6/01/13 | 2,500.00 | 1,104.17 | 166.67 | 1,270.84 | 1,229.16 | S/L | 10.0 |
| | Bank Closing Costs | 8/01/13 | 10,639.00 | 4,698.89 | 709.27 | 5,408.16 | 5,230.84 | S/L | 10.0 |
| | Enterprise Financial | 5/01/14 | 1,500.00 | 662.50 | 100.00 | 762.50 | 737.50 | S/L | 10.0 |
| | Enterprise Financial | 5/01/14 | 600.00 | 265.00 | 40.00 | 305.00 | 295.00 | S/L | 10.0 |
| | Florida Traditions Bank Equip Loan | 7/01/14 | 1,000.00 | 441.67 | 66.67 | 508.34 | 491.66 | S/L | 10.0 |
| | SBA Guarantee Fee | 7/01/14 | 30,933.00 | 13,662.08 | 2,062.20 | 15,724.28 | 15,208.72 | S/L | 10.0 |
| | Florida Traditions Bank Fee | 7/01/14 | 2,555.00 | 1,128.46 | 170.33 | 1,298.79 | 1,256.21 | S/L | 10.0 |
| | Macfarlane Ferguson Attny Fees | 7/01/14 | 3,796.60 | 1,676.83 | 253.11 | 1,929.94 | 1,866.66 | S/L | 10.0 |
| | Florida UCC Fee | 7/01/14 | 35.00 | 15.46 | 2.33 | 17.79 | 17.21 | S/L | 10.0 |
| | BBIF Loan Macfarlane Attneys | 7/01/14 | 600.00 | 265.00 | 40.00 | 305.00 | 295.00 | S/L | 10.0 |
| | BBIF Loan Transfer UCC Fee | 7/01/14 | 35.00 | 15.46 | 2.33 | 17.79 | 17.21 | S/L | 10.0 |
| | Enterprise Financial | 7/02/14 | 17,900.00 | 7,905.83 | 1,193.33 | 9,099.16 | 8,800.84 | S/L | 10.0 |
| | Bank Closing Costs | | 72,093.60 | 31,841.35 | 4,806.24 | 36,647.59 | 35,446.01 | | |
| | Total | | 1,686,328.80 | 1,420,330.99 | 79,759.59 | 1,500,090.58 | 186,238.22 | | |

**Aged Accounts Receivable**

August 28, 2019  10:17 AM

SmartScience Laboratories, Inc.

Page   1

# Exhibit C

LINDAJ

(Detail, aged as of August 28, 2019)

Aged by  document date.

Amounts are in the customer's local currency (report totals are in US Dollars).

| No. Doc Date | Name Description | Typ | .......Document....... Number | Balance Due | ................................. Aged Customer Balances ................................. Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Doc. Curr. |
|---|---|---|---|---|---|---|---|---|---|
| 1038 | D & K | | Phone | | Contact | | | Amounts are in US DOLLARS | |
| 03/21/05 | Order 20297 | Inv | 21926 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1038 | Total Amount Due | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | | | | | |
| 1151 | Advantice Health, LLC | | Phone  973-946-7558 | | Contact | | | Amounts are in US DOLLARS | |
| 08/22/19 | Order 34245 | Inv | 40332 | 17,364.96 | 17,364.96 | 0.00 | 0.00 | 0.00 | |
| 08/26/19 | Invoice 40335 | Inv | 40335 | 17,766.72 | 17,766.72 | 0.00 | 0.00 | 0.00 | |
| 1151 | Total Amount Due | | | 35,131.68 | 35,131.68 | 0.00 | 0.00 | 0.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 100.00% | 0.00% | 0.00% | 0.00% | |
| 1155 | Global Products Group | | Phone | | Contact | | | Amounts are in US DOLLARS | |
| 09/30/18 | Invoice 39989 | Inv | 39989 | 621.65 | 0.00 | 0.00 | 0.00 | 621.65 | |
| 10/05/18 | Invoice 39995 | Inv | 39995 | 149.74 | 0.00 | 0.00 | 0.00 | 149.74 | |
| 10/12/18 | Invoice 39996 | Inv | 39996 | 220.72 | 0.00 | 0.00 | 0.00 | 220.72 | |
| 10/19/18 | Invoice 40010 | Inv | 40010 | 209.56 | 0.00 | 0.00 | 0.00 | 209.56 | |
| 10/26/18 | Invoice 40013 | Inv | 40013 | 525.58 | 0.00 | 0.00 | 0.00 | 525.58 | |
| 10/31/18 | Invoice 40014 | Inv | 40014 | 221.30 | 0.00 | 0.00 | 0.00 | 221.30 | |
| 11/02/18 | Invoice 40019 | Inv | 40019 | 366.45 | 0.00 | 0.00 | 0.00 | 366.45 | |
| 11/09/18 | Invoice 40020 | Inv | 40020 | 291.04 | 0.00 | 0.00 | 0.00 | 291.04 | |
| 02/08/19 | Invoice 40095 | Inv | 40095 | 31.86 | 0.00 | 0.00 | 0.00 | 31.86 | |
| 02/15/19 | Invoice 40101 | Inv | 40101 | 14.09 | 0.00 | 0.00 | 0.00 | 14.09 | |
| 02/28/19 | Invoice 40122 | Inv | 40122 | 35.91 | 0.00 | 0.00 | 0.00 | 35.91 | |
| 04/12/19 | Invoice 40173 | Inv | 40173 | 65.43 | 0.00 | 0.00 | 0.00 | 65.43 | |
| 1155 | Total Amount Due | | | 2,753.33 | 0.00 | 0.00 | 0.00 | 2,753.33 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| 1163 | OZHEALTH PHARMA | | Phone  01161412324785 | | Contact | | | Amounts are in US DOLLARS | |
| 07/26/19 | Invoice 40299 | Inv | 40299 | 125.20 | 0.00 | 125.20 | 0.00 | 0.00 | |
| 08/02/19 | Invoice 40300 | Inv | 40300 | 801.37 | 801.37 | 0.00 | 0.00 | 0.00 | |
| 08/09/19 | Invoice 40318 | Inv | 40318 | 187.20 | 187.20 | 0.00 | 0.00 | 0.00 | |
| 08/16/19 | Invoice 40333 | Inv | 40333 | 213.10 | 213.10 | 0.00 | 0.00 | 0.00 | |

**Aged Accounts Receivable**

SmartScience Laboratories, Inc.

August 28, 2019  10:17 AM
Page  2
LINDAJ

(Detail, aged as of August 28, 2019)

| No. Doc Date | Name Description | Typ | ........Document........ Number | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Doc. Curr. |
|---|---|---|---|---|---|---|---|---|---|
| 1163 | Total Amount Due | | | 1,326.87 | 1,201.67 | 125.20 | 0.00 | 0.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 90.56% | 9.44% | 0.00% | 0.00% | |
| | | | | | | | | | |
| 1170 | Sabel Medical LLC | | Phone | | Contact | Samuel Whyel | | Amounts are in US DOLLARS | |
| | | | | | | | | | |
| 08/22/19 | Invoice 40334 | Inv | 40334 | 109.68 | 109.68 | 0.00 | 0.00 | 0.00 | |
| 1170 | Total Amount Due | | | 109.68 | 109.68 | 0.00 | 0.00 | 0.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 100.00% | 0.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| 1178 | Leosons Overseas Corporation | | Phone  518-452-9000 | | Contact | Leo Ohanian | | Amounts are in US DOLLARS | |
| | | | | | | | | | |
| 07/15/19 | Invoice 40307 | Inv | 40307 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | |
| 07/22/19 | Invoice 40308 | Inv | 40308 | 1,275.00 | 0.00 | 1,275.00 | 0.00 | 0.00 | |
| 07/23/19 | Invoice 40283 | Inv | 40283 | 596.00 | 0.00 | 596.00 | 0.00 | 0.00 | |
| 07/23/19 | Invoice 40284 | Inv | 40284 | 268.20 | 0.00 | 268.20 | 0.00 | 0.00 | |
| 07/23/19 | Invoice 40285 | Inv | 40285 | 596.00 | 0.00 | 596.00 | 0.00 | 0.00 | |
| 07/23/19 | Invoice 40287 | Inv | 40287 | 85.82 | 0.00 | 85.82 | 0.00 | 0.00 | |
| 07/24/19 | Invoice 40290 | Inv | 40290 | 447.00 | 0.00 | 447.00 | 0.00 | 0.00 | |
| 07/25/19 | Invoice 40291 | Inv | 40291 | 596.00 | 0.00 | 596.00 | 0.00 | 0.00 | |
| 07/26/19 | Invoice 40292 | Inv | 40292 | 596.00 | 0.00 | 596.00 | 0.00 | 0.00 | |
| 07/29/19 | Invoice 40309 | Inv | 40309 | 1,425.00 | 0.00 | 1,425.00 | 0.00 | 0.00 | |
| 07/30/19 | Invoice 40293 | Inv | 40293 | 596.00 | 596.00 | 0.00 | 0.00 | 0.00 | |
| 07/31/19 | Invoice 40294 | Inv | 40294 | 596.00 | 596.00 | 0.00 | 0.00 | 0.00 | |
| 08/01/19 | Invoice 40301 | Inv | 40301 | 894.00 | 894.00 | 0.00 | 0.00 | 0.00 | |
| 08/02/19 | Invoice 40302 | Inv | 40302 | 268.20 | 268.20 | 0.00 | 0.00 | 0.00 | |
| 08/02/19 | Invoice 40312 | Inv | 40312 | 894.00 | 894.00 | 0.00 | 0.00 | 0.00 | |
| 08/05/19 | Invoice 40310 | Inv | 40310 | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | |
| 08/05/19 | Invoice 40313 | Inv | 40313 | 268.50 | 268.50 | 0.00 | 0.00 | 0.00 | |
| 08/06/19 | Invoice 40314 | Inv | 40314 | 596.00 | 596.00 | 0.00 | 0.00 | 0.00 | |
| 08/12/19 | Invoice 40311 | Inv | 40311 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | |
| 08/12/19 | Invoice 40315 | Inv | 40315 | 74.50 | 74.50 | 0.00 | 0.00 | 0.00 | |
| 08/12/19 | Invoice 40317 | Inv | 40317 | 1,505.50 | 1,505.50 | 0.00 | 0.00 | 0.00 | |
| 08/14/19 | Invoice 40322 | Inv | 40322 | 2,831.00 | 2,831.00 | 0.00 | 0.00 | 0.00 | |
| 08/14/19 | Invoice 40323 | Inv | 40323 | 745.00 | 745.00 | 0.00 | 0.00 | 0.00 | |
| 08/15/19 | Invoice 40326 | Inv | 40326 | 149.00 | 149.00 | 0.00 | 0.00 | 0.00 | |
| 08/15/19 | Invoice 40327 | Inv | 40327 | 70.33 | 70.33 | 0.00 | 0.00 | 0.00 | |
| 08/16/19 | Invoice 40328 | Inv | 40328 | 1,165.78 | 1,165.78 | 0.00 | 0.00 | 0.00 | |
| 08/19/19 | Invoice 40325 | Inv | 40325 | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 | |
| 08/19/19 | Invoice 40329 | Inv | 40329 | 324.22 | 324.22 | 0.00 | 0.00 | 0.00 | |
| 08/23/19 | Invoice 40336 | Inv | 40336 | 1,367.82 | 1,367.82 | 0.00 | 0.00 | 0.00 | |
| 08/26/19 | Invoice 40338 | Inv | 40338 | 3,164.76 | 3,164.76 | 0.00 | 0.00 | 0.00 | |
| 08/26/19 | Invoice 40339 | Inv | 40339 | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | |

**Aged Accounts Receivable**

SmartScience Laboratories, Inc.

August 28, 2019  10:17 AM

Page   3

LINDAJ

(Detail, aged as of August 28, 2019)

| No. | Name | | | | ................................ Aged Customer Balances ................................ | | | | Doc. |
| Doc Date | Description | Typ | Number | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Curr. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1178 | Total Amount Due | | | 28,245.63 | 20,860.61 | 7,385.02 | 0.00 | 0.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 73.85% | 26.15% | 0.00% | 0.00% | |
| 1182 | Strides Consumer, LLC | | Phone | 425-591-1087 | Contact | | | Amounts are in US DOLLARS | |
| 03/26/19 | Invoice 40135 | Inv | 40135 | 720.00 | 0.00 | 0.00 | 0.00 | 720.00 | |
| 1182 | Total Amount Due | | | 720.00 | 0.00 | 0.00 | 0.00 | 720.00 | |
| | Amounts are in US DOLLARS | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Report Total Amount Due($) | | | 68,287.19 | 57,303.64 | 7,510.22 | 0.00 | 3,473.33 | |
| | | | | | 83.92% | 11.00% | 0.00% | 5.09% | |

SmartScience Laboratories, Inc.
Inventory Raw Material 08-31-19

# Exhibit D

| | Item | Lot Number (s) | Amt in Kilo's (unless noted) | Cost per Kilo | Total Value in $ |
|---|---|---|---|---|---|
| 500090 | Aloe Vera Gel 1:1 | 1503126 | 157.55 | 2.16 | $340.31 |
| 500720 | Arnica | C151483B14 | 0.06 | 33.45 | $2.01 |
| 500729 | Boswellia | SBNS091159 | 1.28 | 30 | $38.40 |
| 500036 | Camphor | 50129 | 17.66 | 30 | $529.80 |
| 501316 | Capsaicin | 15G0CU95-211 | 0 | 4500 | $0.00 |
| 500018 | Carbopol, Ultrez 10 | 0101565330 | 0.84 | 51.65 | $43.39 |
| 500162 | Caustic Potash | 3431824 | 38.62 | 3.24 | $125.13 |
| 500162 | Chondroitin Sulfate | SN-SC-090715 | 8.01 | 95 | $760.95 |
| 501224 | Dimethicone | 4916004 | 220.44 | 8.64 | $1,904.60 |
| 500009 | Disodium EDTA EP | 601EB121 | 18.55 | 20.72 | $384.36 |
| 500207 | dl Panthenol | 15091501 | 22.62 | 35 | $791.70 |
| 500198 | Eucalyptus Oil | 20140330 | 34.25 | 31.42 | $1,076.14 |
| 500081 | Finsolv TN | FPAC151094 | 64 | 8.18 | $523.52 |
| 500126 | Germall Plus | 1935914 | 45.95 | 44.27 | $2,034.21 |
| 500189 | Glucam E-20 | 0101698076 | 195.97 | 15.95 | $3,125.72 |
| 500189 | Glucate SS | 0101668993 | 6.52 | 24.04 | $156.74 |
| 500733 | Glucosamine Sulfate | K20150651 | 34.07 | 14.75 | $502.53 |
| | Glycerin | A1029153GLY | 360.41 | 1.63 | $587.47 |
| 501359 | Glycerol Monostearate | 5051421 | 24.81 | 8.05 | $199.72 |
| 501359 | Ilex paraguariensis Extract | C151483B14 | 0.15 | 37.54 | $5.63 |
| | Lactic Acid | 1507002748 | 100.62 | 7.53 | $757.67 |
| | L-Arginine | 52144247 | 4.21 | 19.73 | $83.06 |
| 500054 | Methocel K4M | WP430333 | 16.14 | 22.4 | $361.54 |
| 500828 | Methocel K100M | 3C19012N01 | 0.00 | 17.39 | $0.00 |
| 500927 | Modulan | 44-2940-4C44 | 107.12 | 29.21 | $3,128.98 |
| 500072 | MSM | SBN-S101315 | 6.26 | 29 | $181.54 |
| 501233 | Natural Menthol Crystals USP | U1-088/L/13-14 | 19.16 | 47.75 | $914.89 |
| 501240 | Ohlan | 30539621 | 13.63 | 106.21 | $1,447.64 |
| | Peg 40 Sorbitan Peroleate (T) | 0001083398 | 126.76 | 15.76 | $1,997.74 |
| 500135 | Peg 400 | D210F9PKC1 | 296.99 | 5.69 | $1,689.87 |
| 501237 | Pemulen TR-1 | 0101537664 | 9.63 | 65.1 | $626.91 |
| | Peppermint Oil | R86538 | 34.54 | 62 | $2,141.48 |
| | Petrolatum, Snow White | 201602030007 | 947.09 | 3.55 | $3,362.17 |
| 501134 | Polyoxyl 40 Stearate | 17-3061-5228 | 145.31 | 5.34 | $775.96 |
| | Polysorbate 20 Glycosperse | 15-251-04 | 161.81 | 4.1 | $663.42 |
| | Polysorbate 80 | 14-104-08 | 184.26 | 3.9 | $718.61 |

**SmartScience Laboratories, Inc.**
**Inventory Raw Material 08-31-19**

| | | | | | |
|---|---|---|---|---|---|
| 501210 | | | | | |
| 500108 | Propylene Glycol | 160307015 | 571.14 | 2.45 | $1,399.29 |
| 500045 | Salicylic Acid | B15C055PHA | 109.26 | 12.61 | $1,377.77 |
| | Shark Cartilage | 9012016 | 87.75 | 21 | $1,842.75 |
| 502166 | Silsense IWS | 0101685077 | 94.34 | 54.61 | $5,151.91 |
| 500027 | Sodium Hydroxide | NP15064 | 36.38 | 17.2 | $625.74 |
| 500027 | Tea Tree Oil | 2#15_NCM_1014 | 1.78 | 59 | $105.02 |
| 501215 | Tocopherol Acetate | 92096777LO | 22.09 | 45.8 | $1,011.72 |
| 502164 | Triethanolamine (Trolamine) | 050214-B | 7.35 | 15.18 | $111.57 |
| 502164 | Urea | 2015203339 | 215.96 | 6.22 | $1,343.27 |
| | Vitamin B1 | 11111056 | 0.00 | 29 | $0.00 |
| | Vitamin B1 | SBO-S010048 | 0.00 | 92 | $0.00 |
| | **Vitamin B12** | 1140107 | 0.00 | 395 | $0.00 |
| | TOTAL | | | | $44,952.83 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SmartScience Laboratories, Inc.
Inventory Finished Goods 08-31-19

| SSL ITEM | | Cost | Total $ |
|---|---|---|---|
| | | | |
| **4 oz Blank Tubes** | | | |
| 9373 | 2,000 | 0.24 | $480.00 |
| **Shrink Film-Wide--Rolls** | | | |
| | 20 | 29.16 | $583.20 |
| **Shrink Film-Thin-Rolls** | | | |
| | 69 | 29.16 | $2,012.04 |
| **Servipak @24 sleeves NON PERF** | | | |
| 52216 | 14,000 | 0.04 | $560.00 |
| **Servipak @24 sleeves with PERF** | | | |
| 53586 | 38,000 | 0.04 | $1,520.00 |
| **Servipak @12 sleeves with PERF** | | | |
| 53510 | 32,295 | 0.04 | $1,291.80 |
| **Sleeve Roll On-ICE** | | | |
| 55572 | 23,000 | 0.27 | $6,210.00 |
| **ICE Cartons** | | | |
| 121917 | 24,786 | 0.2 | $4,957.20 |
| **ICE Shippers** | | | |
| 308144 | 9 | 0.59 | $5.31 |
| **ICE Bottles** | | | |
| B13138 | 1,100 | 0.139 | $152.90 |
| **ICE Roll On Balls** | | | |
| 110612 | 6,000 | 0.042 | $252.00 |
| **ICE CAPS** | | | |
| 58127 | 0 | 0.079 | $0.00 |
| **ICE Labels** | | | |
| 143404 | 25,417 | 0.04932 | $1,253.57 |
| **COSMO ROUND** | | | |
| | 200 | 0.25 | $50.00 |
| **OZ CARTONS** | | | |
| | 25,000 | 0.16 | $4,000.00 |
| **IMMUMAX Cartons** | | | |
| **012516** | 1821 | 0.7036 | $1,281.26 |
| **IMMUMAX Bottles** | | | |
| **323491** | 1,348 | 0.09285 | $125.16 |
| **30068** | 98,370 | 0.09285 | $9,133.65 |
| **IMMUMAX Caps** | | | |
| **338719** | 750 | 0.112 | $84.00 |
| **338719** | 101,970 | 0.112 | $11,420.64 |
| **IMMUMAX Sleeves** | | | |
| **031416** | 16,515 | 0.079 | $1,304.69 |
| **IMMUMAX Finished Goods** | | | |
| | 0 | 0.45 | $0.00 |
| **Chooz Carton** | | | |
| | 13,395 | 0.16 | $2,143.20 |
| **Chooz Master** | | | |
| 322793 | **1,400** | 0.46 | $644.00 |
| **Chooz Solvent-Bottles** | | | |
| 40707 | 5 | 70 | $350.00 |
| **Chooz Ink-Bottles** | | | |
| 40702 | 3 | 140 | $420.00 |

SmartScience Laboratories, Inc.
Inventory Finished Goods 08-31-19

| | | | |
|---|---|---|---|
| **Chooz PVC-Rolls** | | | |
| NSL0001728 | 4 | 140 | $560.00 |
| **Chooz Foil-Rolls** | | | |
| 949234 | 10 | 262.84 | $2,628.40 |
| **Pain Patrol Roll on** | | | |
| | 2500 | 1.65 | $4,125.00 |
| **AllG Cream** | | | |
| | 1,167 | 1.85 | $2,158.95 |
| TOTAL | | | $59,706.96 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Smartscience Laboratories, Inc.**                                          Case No.    **8:19-bk-08468**
_____                          Chapter    **11**
                                              Debtor(s)

## *Amended LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allen and Marcy Weil**<br>**One Glenloch Way**<br>**Malvern, PA 19355** | **.26%** | **28267** | **equity** |
| **Aram Lakshmanan**<br>**2687 Onizuka Court**<br>**Columbia, MD 21044** | **.11%** | **11,384** | **Equity** |
| **Carl Bardman**<br>**P.O. Box 667**<br>**Green Lane, PA 18054** | **.68%** | **73738** | **Equity** |
| **Christopher & Karen Douglas**<br>**5460 Worthington Loop**<br>**Palm Harbor, FL 34685** | **0.14%** | **15,027** | **Equity** |
| **Columbia Foundation Fred Gla**<br>**10221 Wincopin Cir. #100**<br>**Columbia, MD 21044** | **0.19%** | **20,000** | **Equity** |
| **Craig A. Mataczynski**<br>**12282 Coffee Trail**<br>**Rosemount, MN 55068** | **0.41%** | **44,700** | **Equity** |
| **DataPharm Foundation c/o Ste**<br>**4950 Reedy Brook Lane**<br>**Columbia, MD 21044** | **0.10%** | **10,830** | **Equity** |
| **David Johnson**<br>**5498 Worthington Loop**<br>**Palm Harbor, FL 34685** | **0.11%** | **11,384** | **Equity** |
| **Eric C. Mogren**<br>**3035 Walter Street**<br>**Saint Paul, MN 55109** | **0.21%** | **22,768** | **Equity** |
| **Gary R. Weitz**<br>**1841 Old Sorrel Trail**<br>**Billings, MT 59105** | **0.16%** | **17,350** | **Equity** |
| **Gene Weitz**<br>**4964 Quill Ct.**<br>**Palm Harbor, FL 34685** | **61.85%** | **6674169** | **equity** |

In re:  **Smartscience Laboratories, Inc.**                                 Case No.  **8:19-bk-08468**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenn S. Chapman, M.D.**<br>**5001 Old Ocean Blvd.**<br>**Oceanliner Villa, Apt. #3**<br>**Boynton Beach, FL 33435** | **0.09%** | **10,000** | **Equity** |
| **Grace Weitz**<br>**7735 Cherrytree Lane**<br>**New Port Richey, FL 34653** | **0.24%** | **26,025** | **Equity** |
| **James & Jeanne Upchurch**<br>**8346 Golden Prairie Drive**<br>**Tampa, FL 33647** | **0.05%** | **5,000** | |
| **James Dickerson**<br>**1952 Georgia Circle N.**<br>**Clearwater, FL 33760** | **0.19%** | **20,739** | **Equity** |
| **Jason E. Hilber**<br>**13825 Chandron Drive**<br>**Odessa, FL 33556** | **0.09%** | **10,000** | **Equity** |
| **Jason Paransky**<br>**1505 Caribbean Way**<br>**Laguna Beach, CA 92651** | **0.26%** | **28,460** | **Equity** |
| **Jeffrey L. Weil**<br>**72-12 Dane Place**<br>**Forest Hills, NY 11375** | **0.08%** | **9,107** | **Equity** |
| **Jeffrey S. Slowgrove**<br>**1925 Diamond Court**<br>**Oldsmar, FL 34677** | **8.61%** | **928,658** | **Equity** |
| **John & Patricia Thoraldson**<br>**18907 Inca Avenue**<br>**Lakeville, MN 55044** | **0.04%** | **4,554** | **Equity** |
| **Joseph E. Yasso** | **0.16%** | **17,350** | **Equity** |
| **Judy A. Folz**<br>**25201 W. Comfort Drive**<br>**Forest Lake, MN 55025** | **1.59%** | **171,450** | **Equity** |
| **June Magdy- Iskande  Arkopha**<br>**c/o Trimex**<br>**5 Crewe Place**<br>**magdy.iskander@arkopharma.co** | **1.85%** | **200,000** | **Equity** |

In re:  **Smartscience Laboratories, Inc.**                          Case No.  **8:19-bk-08468**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Keith A. Mogren**<br>**12912 Farnham Avenue**<br>**Saint Paul, MN 55110** | **.09%** | **10000** | **Equity** |
| **Keith Douglas**<br>**905 Juniper St., Unit 608**<br>**Atlanta, GA 30309** | **0.04%** | **4,000** | **Equity** |
| **Kenneth & Ruth Wilson**<br>**12912 Farnham Avenue**<br>**Saint Paul, MN 55110** | **14.60** | **157500** | **Equity** |
| **Linda Jacobsen**<br>**10359 Chevron Court**<br>**New Port Richey, FL 34654** | **0.07%** | **7,969** | **Equity** |
| **Matthew Feeney**<br>**3690 Executive Drive**<br>**Palm Harbor, FL 34685** | **0.04%** | **4,000** | **Equity** |
| **Michael & Serena Barnes**<br>**4692 Enright Drive**<br>**Palm Harbor, FL 34685** | **0.05%** | **5,346** | **Equity** |
| **Michael A. Codol**<br>**2529 Riva Ridge Court**<br>**Wexford, PA 15090** | **1.16%** | **125,000** | **Equity** |
| **Nancy L. Mogren** | **0.09%** | **10,000** | |
| **Neil J. Damato**<br>**533 Benson Lane**<br>**Chester Springs, PA 19425** | **0.16%** | **17,350** | **Equity** |
| **Peter Mogren**<br>**861 Eagle Ridge Lane**<br>**Stillwater, MN 55082** | **0.23%** | **25,000** | |
| **Ray Ferrara**<br>**c/o Provise Management**<br>**611 Druid Rd. East, Suite 10**<br>**Clearwater, FL 33756** | **0.11%** | **11,384** | **Equity** |
| **Richard & Camilla Palumbo**<br>**1494  Woodstream Drive**<br>**Oldsmar, FL 34677** | **0.64%** | **68,759** | **Equity** |

In re:  **Smartscience Laboratories, Inc.**                              Case No.  **8:19-bk-08468**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ron Barnes NutriLife**<br>**161 Castle Cres**<br>**Oakville, Ontario** | **0.07%** | **8,000** | **Equity** |
| **Sarah Cramer**<br>**5396 Gulf Blvd., Suite 102**<br>**Saint Petersburg, FL 33706** | **0.09%** | **10,000** | **Equity** |
| **Scott F. Mogren**<br>**2115 Lydia Avenue**<br>**Saint Paul, MN 55109** | **0.19%** | **20,000** | **Equity** |
| **Sharon L. Johnson**<br>**1015 Eagle Ridge Circle**<br>**Stillwater, MN 55082** | **0.96%** | **104,100** | **Equity** |
| **Stephen D. Mogren**<br>**930 County Road C E.**<br>**Saint Paul, MN 55109** | **0.19%** | **20,000** | **Equity** |
| **Steven W. Wilde**<br>**2689 Timberglen Dr.**<br>**Wexford, PA 15090** | **0.31%** | **33,440** | **Equity** |
| **Stu Turley** | **0.37%** | **40,000** | **Equity** |
| **Ted Henter**<br>**8335 37th Ave. North**<br>**Saint Petersburg, FL 33710** | **0.74%** | **80,000** | **Equity** |
| **Thomas A. Smith**<br>**7897 Newberry Court, N.**<br>**Stillwater, MN 55082** | **0.16%** | **17,350** | **Equity** |
| **Thomas G. & Judy Mogren**<br>**10188 65th Street, N.**<br>**Stillwater, MN 55082** | **0.21%** | **22,768** | **Equity** |

In re:  **Smartscience Laboratories, Inc.**                                    Case No.  **8:19-bk-08468**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **September 24, 2019**                              Signature   **/s/ Gene Weitz**
_____                          _____
                                                          **Gene Weitz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Smartscience Laboratories, Inc.**       Case No.    **8:19-bk-08468**

                                 Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 24, 2019**                      **/s/ Gene Weitz**

                                                   **Gene Weitz**/President/CEO

                                                   Signer/Title

Smartscience Laboratories, Inc.
13760 Reptron Blvd,
Tampa, FL 33626

Automation
Personnel Services
PO Box 830941
Birmingham, AL 35283

County Line Road Property, L
15488 N. Nebraska Ave
Lutz, FL 33549

Niurka Fernandez Asmer
FL Legal Group
2700 W. Dr. MLK Jr. Blvd
Suite 400
Tampa, FL 33607

Bell Chem Corp.
1340 Bennett Drive
Longwood, FL 32750-6933

D&S Pallets
PO BOX 18019
Clearwater, FL 33762

Agilent Technologies, Inc.

Brian L. Besler
Sr. VP of Admin
Me 2 Lease Funds LLC
175 Patrick Blvd., Suite 140
Brookfield, WI 53045

Dalemark Industries, Inc.
Excel Park 2
575 Prospect St.
Lakewood, NJ 08701

Alcami Corp

Buchi Corp
PO BOX 822705
Philadelphia, PA 19182-2705

Darwin Chambers
2945 Washington Ave
Saint Louis, MO 63103

Altus GTS, Inc.
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062

Centennial Bank
719 Harkrider Street
PO Box 966
Conway, AR 72032

Dickson Company
930 S. Westwood Ave
Addison, IL 60101

American Express
P.O. Box 6618
Omaha, NE 68105-0618

Citus Kalix
335 Chambersbrook Rd.
Somerville, NJ 08876

Down Under Enterprises, Inc.
PO BOX 72184
Cleveland, OH 44192-2184

Associated Packaging

Cole-Parmer Instrument Co
13927 Collections Center Dr.
Chicago, IL 60693

Ductz of Tampa Bay
3055 47th Ave N.
Saint Petersburg, FL 33714

At&T
PO Box 538695
Atlanta, GA 30353-8695

Compressed Air Systems, Inc.
9303 Stannum Street
Tampa, FL 33619-2658

El Ray Development, Inc.
C/O N. Michael Kouskoutis, E
623 East Tarpon Avenue
Tarpon Springs, FL 34689

Atradius Natumin Pharma
Jeff Tulchin, STA Internatio
225 Broadhollow Rd,
Suite 150
Melville, NY 11747

Consumer Product Testing Co.
70 New Dutch Lane
Fairfield, NJ 07004

Electrical Masters by MJR
4418 N. Lauber Way
Tampa, FL 33614

Experchem Laboratories, Inc.
1111 Flint Rd., Unit 36
Downsview, ON M3J3C7

Gottscho Printing Systems.In
P.O. Box 185
Horsham, PA 19044

L & N LABEL COMPANY, INC
2051 SUNNYDALE BLVD
Clearwater, FL 33765

Fechtal Promissory Note
County Line Road Property LL
15488 N. Nebraska Ave.,
Lutz, FL 33549

GRAINGER
fka Lab Safety Supply
DEPT 882537640
 PO 419267
Kansas City, MO 64141-6267

Leosons
7200 Vineland Ave,
Suite 212
Ground Floor
Sun Valley, CA 91352

Federal Express Corp
PO BOX 660481
Dallas, TX 75266-0481

Hillsborough County Tax Coll
P.O. Box 30012
Tampa, FL 33630

Lipotec USA, Inc
1097 Yates Street
Lewisville, TX 75057

Florida Chemical Supply
6810 E. Chelsea Street
Tampa, FL 33610

Hillsborough Public Utilitie
925 E. Twiggs Street
Tampa, FL 33602

M2 Lease Funds, LLC
175 N. Patrick Blvd.
Suite 140
Brookfield, WI 53045

Florida Retirement Consultan
5503 W. Waters Ave.
Suite 500
Tampa, FL 33634

Internal Revenue Service
Attn: Stephanie S. Armenia
3848 West Columbus Dr.
Tampa, FL 33607

Matacynski, Craig
12282 Coffee Trail
Rosemount, MN 55068

Frontier Communications
PO BOX 740407
Cincinnati, OH 45274-0407

John Hancock USA
P.O Box 7247-7122
AR 72477-1220

McMASTER-CARR SUPPLY COMP
PO BOX7690
Chicago, IL 60680-7690

Gene Weitz & Lisa Weitz
4964 Quill Court
Palm Harbor, FL 34685

JOHNSON, POPE,BOKOR,RUPPEL
PO BOX 1368
Clearwater, FL 33756-1368

Merchant Funding
Deven Khosla, MCA Recovery
17 State Street
Suite 400
New York, NY 10004

Global Pack Source
650 Bloomfield Ave,
Ste 102
Bloomfield, NJ 07003

Kimball Electronics
1205 Kimball Blvd
Jasper, IN 47546

Microbio. Testing & Consulti
660 North Collins St.
Ste 1
Joliet, IL 60432

Golden Eagle Extrusions
1762 State Road 131
Milford, OH 45150

Kimball Electronics
13750 Reptron Blvd
Tampa, FL 33626

Modem Canna Science, LLC
806 W. Beacon Road
Lakeland, FL 33803

Mogren, Peter
861 Eagle Ridge Lane
Stillwater, MN 55082

Preserve - A - chem

SERVI-PAK
334 Cornelia St.
Suite# 143
Plattsburgh, NY 12901

NATIONAL LIFE INSURANCE CO.
1 NATIONAL LIFE DRIVE
Montpelier, VT 05604-0002

PRICE DONOGHUE RIDENOUR
29750 U.S. Hwy. 19 North
Clearwater, FL 33761-1501

Sigma-Aldrich
po box 535182
Demorest, GA 30535

NexAir, LLC
930 S. Westwood Ave
Addison, IL 60101

Quill Corporation
PO Box37600
Philadelphia, PA 19101-0600

Silliker, Inc
3155 Paysphere Circle
Chicago, IL 60674

Pace Analytical Services, In
P.O. Box 684056
Chicago, IL 60695-4056

Ray Zacek
Tax Consulting & Rep

SMITH, RICHARD
1747 Sprint Lane
Holiday, FL 34691

Patrick White
12301 Little Road
Apt. 208
Hudson, FL 34667

RE. McINTOSH
P.O. Box 16038
Tampa, FL 33687

Southern Analytical Lab, In
11 O S. Bayview Blvd
Oldsmar, FL 34677

Pest Boyz
4953 Larkenheath Drive
Spring Hill, FL 34609

Reed Technology & Informatio
PO Box 7247-7518
Philadelphia, PA 19170-7518

SPECTRUM CHEMICAL
Mfg. Corp
PO BOX 740894
Los Angeles, CA 90074-0894

PETER J. MOGREN
861 EAGLE RIDGE LANE
Stillwater, MN 55082-9171

RIADA EQUIPMENT LTD, INC
16 Industry Lane
Winder, GA 30680-3489

Springwell
219 NEW STREET
Little Falls, NJ 07424

Peter Mogren
861 Eagle Ridge Lane,
Stillwater, MN 55082

Richard Storfer, Esq.
101 NE Third Ave,
Suite 1800
Fort Lauderdale, FL 33301

Stichter,Riedel,Blain &Posti
11 o East Madison Street
Tampa, FL 33602-4700

PRATER- STERLING
2 SAMMONS COURT
Bolingbrook, IL 60440

Scientech Laboratories
Accouts Receivable
107-G Corp. Blvd
South Plainfield, NJ 07080

STRYKA BOTANICS CO., INC
279 Homestead Road
Metuchen, NJ 08840

Sun-Pac Manufacturing
14201 McCormick Dr
Tampa, FL 33626

VISTA COLOR CORPORATION
1401 NW 78th Avenue
Miami, FL 33126

Talon Industries
2300 Destiny Way
Odessa, FL 33556

Waste Management of Tampa
PO Box4648
Carol Stream, IL 60197-4648

UNIFORM CODE COUNCIL, INC.
P.O. BOX 713034
Columbus, OH 43271-3034

WC INDUSTRIES
PO BOX 45
Odessa, FL 33556

Universal Preserv-A-Chem, In
60 Jiffy Rd.
Somerset, NJ 08873

WEITZ, GENE C.
4964 QUILL COURT
Palm Harbor, FL 34685

Unlimited Bottled Water, LLC
13401 Woodward Drive
Hudson, FL 34667

WELLS FARGO CARD SERVICES
PO Box5284
Carol Stream, IL 60197-6422

UPS FREIGHT
P.O. BOX 650690
Dallas, TX 75265-0690

UPS/UPS scs Dallas
UPS/UPS scs Dallas
Dallas, TX 75265-0690

VDF FutureCeuticais, Inc.
#135237
P.O Box 92170
Elk Grove Village, IL 60009

Vericore, LLC
10115 Kincey Ave
Suite 100
Huntersville, NC 28078

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Smartscience Laboratories, Inc.**                                    Case No.   **8:19-bk-08468**
_____
Debtor(s)                        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 24, 2019**                                 **/s/ Niurka Fernandez Asmer**
_____              _____
_Date_                                             **Niurka Fernandez Asmer 370680**
                                                   _Signature of Attorney_
                                                   **FL Legal Group**
                                                   **2700 W. Dr. MLK Jr. Blvd**
                                                   **Suite 400**
                                                   **Tampa, FL 33607**
                                                   **813-221-9500**
                                                   **NFAsmer@FLLegalGroup.com**
                                                   _Name of law firm_

---