**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**SmartScience Laboratories, Inc.**
    **Debtor**                                   Case No. 8:19-bk-08468-CPM
                                                                     Chapter 11

_____/

# EXPEDITED AGREED MOTION FOR USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

    SMARTSCIENCE LABORATORIES, INC. ("**SMARTSCIENCE**"), as debtor in possession, hereby submit this agreed motion (the "**Motion**") for entry of an interim order (the "**Interim Order**"), substantially in the form attached hereto as **Exhibit A**, pursuant to sections 105, 361, 362, 363, and 507(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 4001, 6004(h), 7062, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"): (i) authorizing the Debtor to use Cash Collateral; (ii) granting adequate protection to Prepetition creditors for the use of the Cash Collateral; (iii) modifying the automatic stay to the extent necessary to permit the Debtor and Prepetition creditors to implement the terms of the Interim Order; and (iv) granting related relief. In support of this Motion, the Debtor respectfully represents as follows:

    1.    This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. § 1408.

    2.    On September 5, 2019 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11, title 11, United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

3. The Debtor is operating its business and managing its affairs as debtor in possession. U.S.C. §§ 1107(a) and 1108. No committee has been appointed in this Chapter 11 case.

4. The Debtor believes that the value of the estate can be best realized through an orderly reorganization and disposition and through its immediate retention of possession of the property for management purposes.

5. The two largest creditors in this matter are Centennial Bank and the Internal Revenue Service (hereinafter referred to as the "IRS").

5. By this Motion, SMARTSCIENCE LABORATORIES, INC., the Debtor in possession seeks the entry of an interim Order (the "Interim Order") authorizing use of "Cash Collateral" (as that term is defined in Section 363(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code")). The filing of this Motion does not constitute an admission by the Debtor that any of the Creditors hold valid liens on the Debtor's cash. The Debtor reserves the right to contest the validity, priority and extent of each Lenders' liens as well as the amount of each of the creditors' claims.

6. Counsel for the Debtor, Centennial Bank and the IRS have agreed to the relief set forth in this motion. In exchange for the parties agreement, adequate protection payments are to be made as follows on the 5th day of each month:

a. IRS adequate protection payments $5,433.00

b. Centennial Bank adequate protection payments $5,000.00

7. The terms of the proposed use of the Cash Collateral and adequate protection arrangements are fair and reasonable under the circumstances and reflect the Debtor's exercise of prudent business judgment.

8. Upon entry of the Interim Order, the Debtor will serve a copy of the Interim Order on those parties identified and any other entities that the Court may direct.

**WHEREFORE**, the Debtor respectfully requests that the Court: (i) Grant this Motion; (ii) schedule a final hearing on this Motion; and (iii) grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party and by email on Lenders counsel.

By: /s/ Niurka Fernandez Asmer, Esquire
       NIURKA FERNANDEZ ASMER, ESQ.
       Florida Bar Number: 370680
       FL Legal Group
       2700 W. Dr. MLK, Jr. Blvd., Ste. 400
       Tampa, FL 33607
       Phone: (813) 221-9500
       E-Mail: NAsmer@FLLegalGroup.com

GZJ KDKV'C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**SmartScience Laboratories, Inc.**
  **Debtor**              **Case No. 8:19-bk-08468-CPM**
                              **Chapter 11**

_____/

**ORDER GRANTING AGREED MOTION FOR**
**ADEQUATE PROTECTION PAYMENTS**

    This case came on for consideration on the Agreed Motion for Adequate Protection Payments (Doc #\_\_\_\_), between the debtor-in-possession (the "Debtor"), Internal Revenue Service ("IRS"), Centennial Bank ("Centennial") and the US Trustee, for payment of interim Adequate protection. For the reasons stated in Court, it is ORDERED:

1. The motion is **GRANTED**.

2. **Cash Collateral Authorization**. Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay:

   a. amounts expressly authorized by this Court, including payments to the US Trustee for quarterly fees;

3. Adequate protection payments expressly approved in writing by Centennial, and the IRS (Collectively the "Secured Creditors") are to be made as follows on the 5th day of each month beginning in October, 2019:

    a. IRS adequate protection payments $5,433.00

    b. Centennial Bank adequate protection payments $5,000.00

    This authorization will continue until further order of the Court. Except as authorized in this order, the Debtor is prohibited from use of cash collateral. However, expenditures in excess of the line items in the budget or not on the budget will not be deemed to be unauthorized use of cash collateral, unless the recipient cannot establish that the expense would be entitled to administrative expense priority if the recipient had extended credit for the expenditure. Expenditures in excess of the line items in the budget or not on the budget may, nonetheless, give rise to remedies in favor of the Secured Creditor.

4. **Debtor Obligations**. Debtor shall timely perform all obligations of a debtor in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court:

    a. Debtor is to prepare and file with the Court weekly cash flow reports

    b. No pre-petition debt payments shall be authorized, only post-petition ongoing obligations to continue the operations of the Debtor.

5. **Access to Records and Premises**. Upon reasonable notice, and provided that it does not unreasonably interfere with the business of Debtor, Debtor shall grant to the Secured Creditor access to Debtor's business records and premises for inspection.

6. **Replacement Lien**. Each creditor with a security interest in cash collateral shall have a perfected post-petition lien against cash collateral to the same extent and with the same

validity and priority as the prepetition lien, without the need to file or execute any document as may otherwise be required under applicable non bankruptcy law.

7. **Insurance**. Debtor shall maintain insurance coverage for its property in accordance with the obligations under the loan and security documents with the Secured Creditor.

8. **Without Prejudice**. This order is without prejudice to:

    a. any subsequent request by a party in interest for modified adequate protection or restrictions on use of cash collateral;

    b. any other right or remedy which may be available to the Secured Creditor.

9. **Creditors Committee**. The provisions of this Order are without prejudice to the rights of the US Trustee to appoint a committee or any rights of a duly appointed committee to challenge the validity, priority or extent of any lien(s) asserted against cash collateral.

10. **Enforcement**. The Court shall retain jurisdiction to enforce the terms of this Order.

11. **Continued Hearing:** _____.

Attorney, Niurka F. Asmer, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-08468-CPM<br>Middle District of Florida<br>Tampa<br>Thu Oct  3 15:16:24 EDT 2019 | Centennial Bank<br>c/o Richard B. Storfer<br>Rice Pugatch<br>101 NE 3rd Avenue<br>Suite 1800<br>Ft. Lauderdale, FL 33301-1252 | Hillsborough County Tax Collector<br>601 E Kennedy Blvd<br>Tampa, Fl 33602-4932 |
| Kimball Electronics Florida, Inc.<br>c/o Daniel G. Drake, Esq.<br>Lieser Skaff Alexander, PLLC<br>403 N. Howard Ave.<br>Tampa, FL 33606-1510 | Smartscience Laboratories, Inc.<br>13760 Reptron Blvd,<br>Tampa, FL 33626-3040 | Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., Ste. 200<br>Tampa, FL 33602-4718 |
| Altus GTS, Inc.<br>2400 Veterans Memorial Blvd.<br>Suite 300<br>Kenner, LA 70062-8725 | American Express<br>P.O. Box 6618<br>Omaha, NE 68106-0618 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| At&T<br>PO Box 538695<br>Atlanta, GA 30353-8695 | Atradius Natumin Pharma<br>C/O Jeff Tulchin,<br>STA International<br>225 Broadhaollow Rd,<br>Suite 150<br>Melville, NY 11747-4809 | Automation<br>Personnel Services<br>PO Box 830941<br>Birmingham, AL 35283-0941 |
| Barbara A. Hart, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., Ste. 200<br>Tampa, Florida 33602-4718 | Bell Chem Corp.<br>1340 Bennett Drive<br>Longwood, FL 32750-7503 | Brian L. Besler<br>Sr. VP of Admin<br>Me 2 Lease Funds LLC<br>175 Patrick Blvd., Suite 140<br>Brookfield, WI 53045-5811 |
| Buchi Corp<br>PO BOX 822705<br>Philadelphia, PA 19182-2705 | (p)CENTENNIAL BANK ATTN SPECIAL ASSETS<br>P O BOX 1028<br>CABOT AR 72023-1028 | Citus Kalix<br>335 Chambersbrook Rd.<br>Somerville, NJ 08876-7213 |
| Cole-Parmer Instrument Co<br>13927 Collections Center Dr.<br>Chicago, IL 60693-0001 | Compressed Air Systems, Inc.<br>9303 Stannum Street<br>Tampa, FL 33619-2660 | Consumer Product Testing Co.<br>70 New Dutch Lane<br>Fairfield, NJ 07004-2514 |
| County Line Road Property, L<br>15488 N. Nebraska Ave<br>Lutz, FL 33549-6150 | D&S Pallets<br>PO BOX 18019<br>Clearwater, FL 33762-1019 | Dalemark Industries, Inc.<br>Excel Park 2<br>575 Prospect St.<br>Lakewood, NJ 08701-5040 |
| Darwin Chambers<br>2945 Washington Ave<br>Saint Louis, MO 63103-1305 | Deborah Neumann<br>70 New Dutch Lane<br>Fairfield, NJ 07004-2514 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Dickson Company<br>930 S. Westwood Ave<br>Addison, IL 60101-4917 | Doug Belden Tax Collector<br>c/o Brian T Fitzgerald Attorney<br>601 E Kennedy Blvd 14th Flr<br>Tampa FL 33602-4932 | Down Under Enterprises, Inc.<br>PO BOX 72184<br>Cleveland, OH 44192-2184 |

| | | |
|---|---|---|
| Ductz of Tampa Bay<br>3055 47th Ave N.<br>Saint Petersburg, FL 33714-3133 | El Ray Development, Inc.<br>C/O N. Michael Kouskoutis, E<br>623 East Tarpon Avenue<br>Tarpon Springs, FL 34689-4201 | Electrical Masters by MJR<br>4418 N. Lauber Way<br>Tampa, FL 33614-7732 |
| Experchem Laboratories, Inc.<br>1111 Flint Rd., Unit 36<br>Downsview, ON M3J3C7 | Federal Express Corp<br>PO BOX 660481<br>Dallas, TX 75266-0481 | Florida Chemical Supply<br>6810 E. Chelsea Street<br>Tampa, FL 33610-5635 |
| Florida Retirement Consultan<br>5503 W. Waters Ave.<br>Suite 500<br>Tampa, FL 33634-1232 | Frontier Communications<br>PO BOX 740407<br>Cincinnati, OH 45274-0407 | GRAINGER<br>fka Lab Safety Supply<br>DEPT 882537640<br>PO 419267<br>Kansas City, MO 64141-6267 |
| Gene Weitz & Lisa Weitz<br>4964 Quill Court<br>Palm Harbor, FL 34685-3699 | Global Pack Source<br>650 Bloomfield Ave,<br>Ste 102<br>Bloomfield, NJ 07003-2542 | Golden Eagle Extrusions<br>1762 State Road 131<br>Milford, OH 45150-2649 |
| Gottscho Printing Systems.In<br>P.O. Box 185<br>Horsham, PA 19044-0185 | Hillsborough County Board<br>Of County Commissioners<br>PO Box 310398<br>Tampa, FL 33680-0398 | Hillsborough County TAx Collector<br>P.O.Box 1110<br>Tampa, FL 33601-1110 |
| Hillsborough County Tax Coll<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Hillsborough Public Utilitie<br>925 E. Twiggs Street<br>Tampa, FL 33602-3553 | Internal Revenue Service<br>Attn: Stephanie S. Armenia<br>3848 West Columbus Dr.<br>Tampa, FL 33607-5768 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JOHNSON, POPE,BOKOR,RUPPEL<br>PO BOX 1368<br>Clearwater, FL 33757-1368 | Keith A. Mogren<br>12912 Farnham Avenue<br>Saint Paul, MN 55110-5929 |
| Kimball Electronics<br>1205 Kimball Blvd<br>Jasper, IN 47546-0017 | Kimball Electronics<br>13750 Reptron Blvd<br>Tampa, FL 33626-3040 | Kimball Electronics Florida, Inc.<br>c/o Daniel G. Drake<br>403 N. Howard Ave.<br>Tampa, FL 33606-1510 |
| Kimball Electronics Tampa, Inc.<br>c/o Daniel G. Drake, Esq.<br>Lieser Skaff Alexander, PLLC<br>403 N. Howard Ave.<br>Tampa, FL 33606-1510 | L & N LABEL COMPANY, INC<br>2051 SUNNYDALE BLVD<br>Clearwater, FL 33765-1202 | Lipotec USA, Inc<br>1097 Yates Street<br>Lewisville, TX 75057-4829 |
| McMASTER-CARR SUPPLY COMPANY<br>PO BOX7690<br>Chicago, IL 60680-7690 | Me 2 Lease Funds, LLC<br>175 N. Patrick Blvd.<br>Suite 140<br>Brookfield, WI 53045-5811 | Microbio. Testing & Consulti<br>660 North Collins St.<br>Ste 1<br>Joliet, IL 60432-1855 |

| | | |
|---|---|---|
| Modem Canna Science, LLC<br>806 W. Beacon Road<br>Lakeland, FL 33803-2847 | NATIONAL LIFE INSURANCE CO.<br>1 NATIONAL LIFE DRIVE<br>Montpelier, VT 05604-0002 | Natumin Pharma AB<br>C/O MARCADIS SINGER P.A.<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| NexAir, LLC<br>930 S. Westwood Ave<br>Addison, IL 60101-4917 | PETER J. MOGREN<br>861 EAGLE RIDGE LANE<br>Stillwater, MN 55082-9171 | PRATER- STERLING<br>2 SAMMONS COURT<br>Bolingbrook, IL 60440-4995 |
| PRICE DONOGHUE RIDENOUR<br>29750 U.S. Hwy. 19 North<br>Clearwater, FL 33761-1510 | Pace Analytical Services, In<br>P.O. Box 684056<br>Chicago, IL 60695-4056 | Palm Harbor Insurance<br>1153 Aimonwood Drive<br>New Port Richey, FL 34655-7002 |
| Patrick White<br>12301 Little Road<br>Apt. 208<br>Hudson, FL 34667-2619 | Pest Boyz<br>4953 Larkenheath Drive<br>Spring Hill, FL 34609-0405 | Quill Corporation<br>PO Box37600<br>Philadelphia, PA 19101-0600 |
| Quill/Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203-9591 | RE. McINTOSH<br>P.O. Box 16038<br>Tampa, FL 33687-6038 | RIADA EQUIPMENT LTD, INC<br>16 Industry Lane<br>Winder, GA 30680-3489 |
| Reed Technology & Informatio<br>PO Box 7247-7518<br>Philadelphia, PA 19170-7518 | Richard Storfer, Esq.<br>101 NE Third Ave,<br>Suite 1800<br>Fort Lauderdale, FL 33301-1252 | SERVI-PAK<br>334 Cornelia St.<br>Suite# 143<br>Plattsburgh, NY 12901-2329 |
| SMITH, RICHARD<br>1747 Sprint Lane<br>Holiday, FL 34691-4636 | SPECTRUM CHEMICAL<br>Mfg. Corp<br>PO BOX 740894<br>Los Angeles, CA 90074-0894 | STRYKA BOTANICS CO., INC<br>279 Homestead Road<br>Metuchen, NJ 08840 |
| Scientech Laboratories<br>Accouts Receivable<br>107-G Corp. Blvd<br>South Plainfield, NJ 07080 | Sigma-Aldrich<br>po box 535182<br>Demorest, GA 30535 | Silliker, Inc<br>3155 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Southern Analytical Lab, In<br>11 0 S. Bayview Blvd<br>Oldsmar, FL 34677 | Springwell<br>219 NEW STREET<br>Little Falls, NJ 07424-3329 | Stichter,Riedel,Blain &P ostler, PA<br>Attn: Barbara A. Hart<br>11 o East Madison Street<br>Tampa, FL 33602-4700 |
| Sun-Pac Manufacturing<br>14201 McCormick Dr<br>Tampa, FL 33626-3063 | Talon Industries<br>2300 Destiny Way<br>Odessa, FL 33556-4252 | UNIFORM CODE COUNCIL, INC.<br>P.O. BOX 713034<br>Columbus, OH 43271-3034 |

| | | |
|---|---|---|
| UPS FREIGHT<br>P.O. BOX 650690<br>Dallas, TX 75265-0690 | UPS/UPS scs Dallas<br>UPS/UPS scs Dallas<br>Dallas, TX 75265-0690 | Universal Preserv-A-Chem, In<br>60 Jiffy Rd.<br>Somerset, NJ 08873-3438 |
| Unlimited Bottled Water, LLC<br>13401 Woodward Drive<br>Hudson, FL 34667-7207 | VDF FutureCeuticais, Inc.<br>#135237<br>P.O Box 92170<br>Elk Grove Village, IL 60009-2170 | VISTA COLOR CORPORATION<br>1401 NW 78th Avenue<br>Miami, FL 33126-1616 |
| (p)VERICORE LLC<br>10115 KINCEY AVENUE<br>SUITE 100<br>HUNTERSVILLE NC 28078-6482 | WC INDUSTRIES<br>PO BOX 45<br>Odessa, FL 33556-0045 | WEITZ, GENE C.<br>4964 QUILL COURT<br>Palm Harbor, FL 34685-3699 |
| WELLS FARGO CARD SERVICES<br>PO Box5284<br>Carol Stream, IL 60197-5284 | Waste Management of Tampa<br>PO Box4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Daniel G Drake +<br>Lieser Skaff Alexander, PLLC<br>403 North Howard Avenue<br>Tampa, FL 33606-1510 | Brian T FitzGerald +<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>PO Box 1110<br>Tampa, FL 33601-1110 |
| Barbara A Hart +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Richard B Storfer +<br>Rice Pagatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Ste. 1800<br>Fort Lauderdale, FL 33301-1252 | Niurka Fernandez Asmer +<br>FL Legal Group<br>2700 W. Dr. MLK Jr. Blvd, Suite 400<br>Tampa, FL 33607-6356 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Centennial Bank<br>719 Harkrider Street<br>PO Box 966<br>Conway, AR 72032 | Vericore, LLC<br>10115 Kincey Ave<br>Suite 100<br>Huntersville, NC 28078 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Agilent Technologies, Inc.    (u)Alcami Corp    (u)Associated Packaging

(u)John Hancock USA
P.O Box 7247-7122
AR 72477-1220

(u)Ray Zacek
Tax Consulting & Rep

End of Label Matrix
Mailable recipients    108
Bypassed recipients      5
Total                  113