| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Smartscience Laboratories, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 8:19-bk-08468 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals (*AMENDED to add Regions account) 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **350,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ **11,332,023.70**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **11,682,023.70**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **821,638.32**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ **342,191.67**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **1,392,959.22**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **2,556,789.21**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Smartscience Laboratories, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:19-bk-08468** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T Bank** | **Checking** | **4031** | **$500.00** |
| 3.2. | **Chase Bank** | **Checking** | **6093** | **$5,000.00** |
| 3.3. | **Chase Bank** | **Savings** | **0261** | **$500.00** |
| 3.4. | **Regions checking account (has been closed post petition)** | **Checking** | **6681** | **$4.03** |
| 3.5. | **Regions Payroll Account (Debtor has closed this account post-petition)** | **Checking** | **7149** | **$37.46** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                           **$6,041.49**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(If known)* **8:19-bk-08468** |
|---|---|---|
| | Name | |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   68,287.19   -   0.00   = ....   $68,287.19
                                face amount       doubtful or uncollectible accounts

12. **Total of Part 3.**   $68,287.19

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**  See attached Exhibit D - Inventory List for Raw Materials | 8/31/19 | $0.00 | Tax records | $44,952.83 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**  Inventory Finished Goods - See attached Exhibit D | 8/30/19 | $0.00 | Comparable sale | $59,706.96 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**   $104,659.79

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **Smartscience Laboratories, Inc.**                                  Case number *(If known)*  **8:19-bk-08468**
          Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. **Office furniture** | | | |
    | 40. **Office fixtures** | | | |
    | 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment - see attached asset list Exhibit B | **$0.00** | | **$1,885.24** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                       **$1,885.24**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

    | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(If known)* **8:19-bk-08468** |
|---|---|---|
| | Name | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Laboratory Equipment - see attached Exhibit B for list of fixed assets**    $0.00    $19,296.31

    **Other equipment - see attached Exhibit B**    $0.00    $61,853.68

51. **Total of Part 8.**    $81,149.99
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements - see attached fixed asset list** | **Leasehold** | $0.00 | | $350,000.00 |

56. **Total of Part 9.**    $350,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | **Smartscience Laboratories, Inc.** | Case number *(If known)* **8:19-bk-08468** |
|---|---|---|
| | Name | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **FUSOME Dermal Delivery Technology** | $0.00 | Expert | $10,000,000.00 |
| | **FUSOME trademark** | $0.00 | Expert | $1,000,000.00 |
| | **Great Results trademark** | $0.00 | Expert | Unknown |
| | **SmartScience Laboratories trademark** | $0.00 | Expert | Unknown |

| 61. | **Internet domain names and websites** |
|---|---|
| 62. | **Licenses, franchises, and royalties** |
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | $11,000,000.00 |
|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

Debtor   **Smartscience Laboratories, Inc.**  Case number *(If known)* **8:19-bk-08468**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 71. | **Notes receivable** | | | | |
| | Description (include name of obligor) | | | | |
| | **Debtor holds a promissory note with Resca International, Inc** | 70,000.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | =   $70,000.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                        **$70,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Smartscience Laboratories, Inc.**  Case number *(If known)* **8:19-bk-08468**
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,041.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,287.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $104,659.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,885.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,149.99 | |
| 88. **Real property.** *Copy line 56, Part 9....................>* | | $350,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $11,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $70,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,332,023.70   + 91b. | $350,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,682,023.70 |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov**

SMARTSCIENCE LABORATORIES, INC.,         Case No. 8:19-bk-08468-CPM
      Debtor                                                 Chapter 11
_____/

**CERTIFICATE OF SERVICE**

    **I hereby certify** that on, a true and correct copy of the foregoing was served upon all parties in interest, unless said party is a registered CM/ECF participant who have consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said parties.

                                        By: /s/ Niurka Fernandez Asmer, Esquire
                                        NIURKA FERNANDEZ ASMER, ESQ.
                                        Florida Bar Number: 370680
                                        FL Legal Group
                                        2700 W. Dr. MLK, Jr. Blvd., Ste. 400
                                        Tampa, FL 33607
                                        Phone: (813) 221-9500
                                        E-Mail: NAsmer@FLLegalGroup.com

```
Label Matrix for local noticing      Centennial Bank                        Hillsborough County Tax Collector
113A-8                               c/o Richard B. Storfer                 601 E Kennedy Blvd
Case 8:19-bk-08468-CPM               Rice Pugatch                           Tampa, Fl 33602-4932
Middle District of Florida           101 NE 3rd Avenue
Tampa                                Suite 1800
Mon Oct 14 10:11:06 EDT 2019         Ft. Lauderdale, FL 33301-1252

Paul C Jensen                        Kimball Electronics Florida, Inc.     Smartscience Laboratories, Inc.
2001 16th Street North St            c/o Daniel G. Drake, Esq.              13760 Reptron Blvd,
St. Petersburg, FL 33704             Lieser Skaff Alexander, PLLC           Tampa, FL 33626-3040
                                     403 N. Howard Ave.
                                     Tampa, FL 33606-1510


Stichter Riedel Blain & Postler, P.A.   Altus GTS, Inc.                     American Express
110 E. Madison St., Ste. 200            2400 Veterans Memorial Blvd.        P.O. Box 6618
Tampa, FL 33602-4718                    Suite 300                           Omaha, NE 68106-0618
                                        Kenner, LA 70062-8725



American Express National Bank       At&T                                  Atradius Natumin Pharma
c/o Becket and Lee LLP               PO Box 538695                         C/O Jeff Tulchin,
PO Box 3001                          Atlanta, GA 30353-8695                STA International
Malvern  PA 19355-0701                                                     225 Broadhaollow Rd,
                                                                           Suite 150
                                                                           Melville, NY 11747-4809


Automation                           Barbara A. Hart, Esquire              Bell Chem Corp.
Personnel Services                   Stichter Riedel Blain & Postler, P.A. 1340 Bennett Drive
PO Box 830941                        110 E. Madison St., Ste. 200          Longwood, FL 32750-7503
Birmingham, AL 35283-0941            Tampa, Florida 33602-4718



Brian L. Besler                      Buchi Corp                            (p)CENTENNIAL BANK ATTN SPECIAL ASSETS
Sr. VP of Admin                      PO BOX 822705                         P O BOX 1028
Me 2 Lease Funds LLC                 Philadelphia, PA 19182-2705           CABOT AR 72023-1028
175 Patrick Blvd., Suite 140
Brookfield, WI 53045-5811


Citus Kalix                          Cole-Parmer Instrument Co             Compressed Air Systems, Inc.
335 Chambersbrook Rd.                13927 Collections Center Dr.          9303 Stannum Street
Somerville, NJ 08876-7213            Chicago, IL 60693-0001                Tampa, FL 33619-2660



Consumer Product Testing Co.         County Line Road Property, L          D&S Pallets
70 New Dutch Lane                    15488 N. Nebraska Ave                 PO BOX 18019
Fairfield, NJ 07004-2514             Lutz, FL 33549-6150                   Clearwater, FL 33762-1019



Dalemark Industries, Inc.            Darwin Chambers                       Deborah Neumann
Excel Park 2                         2945 Washington Ave                   70 New Dutch Lane
575 Prospect St.                     Saint Louis, MO 63103-1305            Fairfield, NJ 07004-2514
Lakewood, NJ 08701-5040



Department of Revenue                Dickson Company                       Doug Belden Tax Collector
PO Box 6668                          930 S. Westwood Ave                   c/o Brian T Fitzgerald Attorney
Tallahassee FL 32314-6668            Addison, IL 60101-4917                601 E Kennedy Blvd 14th Flr
                                                                           Tampa FL 33602-4932
```

| | | |
|---|---|---|
| Down Under Enterprises, Inc.<br>PO BOX 72184<br>Cleveland, OH 44192-2184 | Ductz of Tampa Bay<br>3055 47th Ave N.<br>Saint Petersburg, FL 33714-3133 | El Ray Development, Inc.<br>C/O N. Michael Kouskoutis, E<br>623 East Tarpon Avenue<br>Tarpon Springs, FL 34689-4201 |
| Electrical Masters by MJR<br>4418 N. Lauber Way<br>Tampa, FL 33614-7732 | Experchem Laboratories, Inc.<br>1111 Flint Rd., Unit 36<br>Downsview, ON M3J3C7 | Federal Express Corp<br>PO BOX 660481<br>Dallas, TX 75266-0481 |
| Florida Chemical Supply<br>6810 E. Chelsea Street<br>Tampa, FL 33610-5635 | Florida Retirement Consultan<br>5503 W. Waters Ave.<br>Suite 500<br>Tampa, FL 33634-1232 | Frontier Communications<br>PO BOX 740407<br>Cincinnati, OH 45274-0407 |
| GRAINGER<br>fka Lab Safety Supply<br>DEPT 882537640<br>PO 419267<br>Kansas City, MO 64141-6267 | Gene Weitz & Lisa Weitz<br>4964 Quill Court<br>Palm Harbor, FL 34685-3699 | Global Pack Source<br>650 Bloomfield Ave,<br>Ste 102<br>Bloomfield, NJ 07003-2542 |
| Golden Eagle Extrusions<br>1762 State Road 131<br>Milford, OH 45150-2649 | Gottscho Printing Systems.In<br>P.O. Box 185<br>Horsham, PA 19044-0185 | Hillsborough County Board<br>Of County Commissioners<br>PO Box 310398<br>Tampa, FL 33680-0398 |
| Hillsborough County TAx Collector<br>P.O.Box 1110<br>Tampa, FL 33601-1110 | Hillsborough County Tax Coll<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Hillsborough Public Utilitie<br>925 E. Twiggs Street<br>Tampa, FL 33602-3553 |
| Internal Revenue Service<br>Attn: Stephanie S. Armenia<br>3848 West Columbus Dr.<br>Tampa, FL 33607-5768 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JOHNSON, POPE,BOKOR,RUPPEL<br>PO BOX 1368<br>Clearwater, FL 33757-1368 |
| Keith A. Mogren<br>12912 Farnham Avenue<br>Saint Paul, MN 55110-5929 | Kimball Electronics<br>1205 Kimball Blvd<br>Jasper, IN 47546-0017 | Kimball Electronics<br>13750 Reptron Blvd<br>Tampa, FL 33626-3040 |
| Kimball Electronics Florida, Inc.<br>c/o Daniel G. Drake<br>403 N. Howard Ave.<br>Tampa, FL 33606-1510 | Kimball Electronics Tampa, Inc.<br>c/o Daniel G. Drake, Esq.<br>Lieser Skaff Alexander, PLLC<br>403 N. Howard Ave.<br>Tampa, FL 33606-1510 | L & N LABEL COMPANY, INC<br>2051 SUNNYDALE BLVD<br>Clearwater, FL 33765-1202 |
| Lipotec USA, Inc<br>1097 Yates Street<br>Lewisville, TX 75057-4829 | McMASTER-CARR SUPPLY COMPANY<br>PO BOX7690<br>Chicago, IL 60680-7690 | Me 2 Lease Funds, LLC<br>175 N. Patrick Blvd.<br>Suite 140<br>Brookfield, WI 53045-5811 |

| | | |
|---|---|---|
| Microbio. Testing & Consulti<br>660 North Collins St.<br>Ste 1<br>Joliet, IL 60432-1855 | Modem Canna Science, LLC<br>806 W. Beacon Road<br>Lakeland, FL 33803-2847 | NATIONAL LIFE INSURANCE CO.<br>1 NATIONAL LIFE DRIVE<br>Montpelier, VT 05604-0002 |
| Natumin Pharma AB<br>C/O MARCADIS SINGER P.A.<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | NexAir, LLC<br>930 S. Westwood Ave<br>Addison, IL 60101-4917 | PETER J. MOGREN<br>861 EAGLE RIDGE LANE<br>Stillwater, MN 55082-9171 |
| PRATER- STERLING<br>2 SAMMONS COURT<br>Bolingbrook, IL 60440-4995 | PRICE DONOGHUE RIDENOUR<br>29750 U.S. Hwy. 19 North<br>Clearwater, FL 33761-1510 | Pace Analytical Services, In<br>P.O. Box 684056<br>Chicago, IL 60695-4056 |
| Palm Harbor Insurance<br>1153 Aimonwood Drive<br>New Port Richey, FL 34655-7002 | Patrick White<br>12301 Little Road<br>Apt. 208<br>Hudson, FL 34667-2619 | Pest Boyz<br>4953 Larkenheath Drive<br>Spring Hill, FL 34609-0405 |
| Quill Corporation<br>PO Box37600<br>Philadelphia, PA 19101-0600 | Quill/Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203-9591 | RE. McINTOSH<br>P.O. Box 16038<br>Tampa, FL 33687-6038 |
| RIADA EQUIPMENT LTD, INC<br>16 Industry Lane<br>Winder, GA 30680-3489 | Reed Technology & Informatio<br>PO Box 7247-7518<br>Philadelphia, PA 19170-7518 | Richard Storfer, Esq.<br>101 NE Third Ave,<br>Suite 1800<br>Fort Lauderdale, FL 33301-1252 |
| SERVI-PAK<br>334 Cornelia St.<br>Suite# 143<br>Plattsburgh, NY 12901-2329 | SMITH, RICHARD<br>1747 Sprint Lane<br>Holiday, FL 34691-4636 | SPECTRUM CHEMICAL<br>Mfg. Corp<br>PO BOX 740894<br>Los Angeles, CA 90074-0894 |
| STRYKA BOTANICS CO., INC<br>279 Homestead Road<br>Metuchen, NJ 08840 | Scientech Laboratories<br>Accouts Receivable<br>107-G Corp. Blvd<br>South Plainfield, NJ 07080 | Sigma-Aldrich<br>po box 535182<br>Demorest, GA 30535 |
| Silliker, Inc<br>3155 Paysphere Circle<br>Chicago, IL 60674-0001 | Southern Analytical Lab, In<br>11 0 S. Bayview Blvd<br>Oldsmar, FL 34677 | Springwell<br>219 NEW STREET<br>Little Falls, NJ 07424-3329 |
| Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Ste. 200<br>Tampa, Florida 33602-4718 | Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Ste. 200<br>Tampa, Florida 33602-4718 | Stichter,Riedel,Blain &P ostler, PA<br>Attn: Barbara A. Hart<br>11 o East Madison Street<br>Tampa, FL 33602-4700 |

| | | |
|---|---|---|
| Sun-Pac Manufacturing<br>14201 McCormick Dr<br>Tampa, FL 33626-3063 | Talon Industries<br>2300 Destiny Way<br>Odessa, FL 33556-4252 | UNIFORM CODE COUNCIL, INC.<br>P.O. BOX 713034<br>Columbus, OH 43271-3034 |
| UPS FREIGHT<br>P.O. BOX 650690<br>Dallas, TX 75265-0690 | UPS/UPS scs Dallas<br>UPS/UPS scs Dallas<br>Dallas, TX 75265-0690 | Universal Preserv-A-Chem, In<br>60 Jiffy Rd.<br>Somerset, NJ 08873-3438 |
| Unlimited Bottled Water, LLC<br>13401 Woodward Drive<br>Hudson, FL 34667-7207 | VDF FutureCeuticais, Inc.<br>#135237<br>P.O Box 92170<br>Elk Grove Village, IL 60009-2170 | VISTA COLOR CORPORATION<br>1401 NW 78th Avenue<br>Miami, FL 33126-1616 |
| (p)VERICORE LLC<br>10115 KINCEY AVENUE<br>SUITE 100<br>HUNTERSVILLE NC 28078-6482 | WC INDUSTRIES<br>PO BOX 45<br>Odessa, FL 33556-0045 | WEITZ, GENE C.<br>4964 QUILL COURT<br>Palm Harbor, FL 34685-3699 |
| WELLS FARGO CARD SERVICES<br>PO Box5284<br>Carol Stream, IL 60197-5284 | Waste Management of Tampa<br>PO Box4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Daniel G Drake +<br>Lieser Skaff Alexander, PLLC<br>403 North Howard Avenue<br>Tampa, FL 33606-1510 | Brian T FitzGerald +<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>PO Box 1110<br>Tampa, FL 33601-1110 |
| Barbara A Hart +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Richard B Storfer +<br>Rice Pagatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Ste. 1800<br>Fort Lauderdale, FL 33301-1252 | Niurka Fernandez Asmer +<br>FL Legal Group<br>2700 W. Dr. MLK Jr. Blvd, Suite 400<br>Tampa, FL 33607-6356 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Centennial Bank<br>719 Harkrider Street<br>PO Box 966<br>Conway, AR 72032 | Vericore, LLC<br>10115 Kincey Ave<br>Suite 100<br>Huntersville, NC 28078 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catherine Peek McEwen  
Tampa

(u)Agilent Technologies, Inc.

(u)Alcami Corp

(u)Associated Packaging

(u)John Hancock USA  
P.O Box 7247-7122  
AR 72477-1220

(u)Ray Zacek  
Tax Consulting & Rep

End of Label Matrix  
Mailable recipients   112  
Bypassed recipients     6  
Total                 118